EXHIBIT 1

EXHIBIT 1

top 25 class that ranks as the best in the Mountain West Conference.

Page 1 of 4



| Home | Awards | What's New? | Arcade | Calendar | FAQ | Members | PM's | NCAA |
|---|---|---|---|---|---|---|---|---|

Community    Forum Actions    Quick Links    Donate

Advanced Search

♣ Forum    UNM    Afford Era    top 25 class that ranks as the best in the Mountain West Conference.

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

**+ Reply to Thread**

Results 1 to 2 of 2

**Thread: top 25 class that ranks as the best in the Mountain West Conference.**

Thread Tools    Display

04-16-2008    #1

**RebPitSea**
Job

REBELS' CLASS OF 2008: Future point guard set to sign

Belfield expected to make UNLV choice official

By MATT YOUMANS
REVIEW-JOURNAL
More Info

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | The Q |
| Posts: | 15,227 |
| User ID: | 1 |
| Status: | Offline |
| Thanks: | 18,817 |
| Thanked 41,848 Times in 8,596 Posts | |
| Groan: | |
| My Mood: | |
| Groaned 8 Times in 7 Posts | |

* UNLV Basketball - Men

Oscar Belifield, right, took part in the adidas Super 64 Tournament in Las Vegas in July.
Photo by John Locher

On more than one occasion, Oscar Belifield was offered a scholarship to play basketball at UNLV. Every time, he declined.

For more than two years, Belifield, a 6-foot-1-inch point guard from Los Angeles, played a waiting game with college recruiters. He rejected most of them.

He shot down his first offer from Washington after his freshman year of high school, and continued his defensive stance as UNLV, San Diego State, Oregon State, Washington State and others made subsequent advances.

"I didn't want to rush into something," he said. "I wanted to make sure it was the right choice."

**Most Popular Stories**
# Punches thrown in fans' charge
# Pacquiao-Marquez III not on fast track
# 51s' new owners plan to change team name in '09
# Kruger says he's staying with Rebels
# THIS KID IS DENNIS RODMAN: Energetic Rougeau keeps Rebels' wheels in motion
# Findlay junior Lopez commits to Rebels
# Rebels envision greater strides
# BYU does not want repeat performance
# NCAA BASKETBALL TOURNAMENT: Rebels' fate in Terry's hands
# ED GRANEY: No. 8 seed puts Rebels on treacherous path

After a few twists and turns in his recruiting tale, Belifield committed to the Rebels in early March. The senior from Westchester High School plans to send in his letter of intent today, when the spring signing period opens.

"The UNLV program, each year, is getting better and better," Belifield said.

The Rebels are 57-15 with three NCAA Tournament wins in the past two years. But coach Lon Kruger's four-player recruiting class for 2008 is not creating much hype.

top 25 class that ranks as the best in the Mountain West Conference.

Page 2 of 4

All Star Sports recruiting analyst Bob Gibbons said UNLV's incoming group could rank in the top 50 nationally.

**Gibbons said New Mexico is signing a top 25 class that ranks as the best in the Mountain West Conference.**

"I think this is a good class. There's not a McDonald's All-American, but Lon is not geared to go after those players," Gibbons said. "He seems to want guys who are a good fit in the program and can be coachable."

**Bellfield and 6-10 center Brice Massamba from Findlay Prep in Henderson can sign with the Rebels today. Signing in November were Deshawn Mitchell, a 6-6 forward from Monmouth Academy in Howell, N.J., and 6-8 forward Darris Santee from Midland (Texas) College.**

None of those players is a five-star prospect, but the ranking of recruits is far from an exact science.

UNLV was in the hunt for two highly touted senior forwards -- Luke Babbitt from Galena High and Jeff Taylor from Hobbs, N.M. Babbitt orally committed to Ohio State but reneged and will sign with UNR. Taylor eliminated the Rebels when he narrowed his list to three schools, and Texas is the favorite to get him.

Gibbons said his analysis of the Rebels' class is incomplete because he knows little about Mitchell, a possible sleeper.

Gibbons said "Las Vegas has a lot to offer," and his opinion is that UNLV's coaching staff is recruiting wisely.

"They just don't seem to have success recruiting those high-profile guys at this point. But they don't just automatically assume they're not going to get a kid. They are making the effort," Gibbons said.

"There's something to be said for efficiency in recruiting, and not spending all their time going after kids who will probably go to Arizona or UCLA, but look at Lon's success. They get good guys."

Kruger has one scholarship remaining, and it might go to Rene Rougeau for his senior year. Rougeau, who still is paying his own way through school, started 27 games for the Rebels as a junior.

With six newcomers next season -- a group that includes two redshirts, freshman center Beas Hamga and sophomore point guard Tre'Von Willis -- it's logical that UNLV's final scholarship should go to Rougeau or a transfer.

Malcolm Thomas, a 6-9 freshman from Pepperdine, is showing interest in the Rebels. Thomas might be leaning toward transferring to UCLA.

Gibbons said Bellfield should "fit in perfectly in Kruger's style of play" as a backup point guard next season.

As a junior at Woodland Hills (Calif.) Taft High, Bellfield drew interest -- but no offers -- from Kansas, Oregon and Southern California. Last summer, after he struggled with a groin injury and played poorly in a summer tournament in Las Vegas, his options dwindled.

The Kansas recruiters were long gone, and the UNLV coaching staff also backed off.

But Bellfield put together a strong senior season at Westchester High, and after three players dropped off the Rebels' roster, a scholarship opened and two sides were brought back together.

Bellfield was no longer in position to wait for a call from a top Pac-10 Conference program. He jumped at this final offer from UNLV.

"Another chance came, and I really wanted to go there," said Bellfield, who has a long relationship with Rebels assistant coach Lew Hill. "We've been talking for a while. I feel everything worked out well. I wouldn't regret anything."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-387-2907. Links powered by inform.com http://www.lvrj.com/sports/17801564.html



top 25 class that ranks as the best in the Mountain West Conference.



**The Following 11 Users Say Thank You to RedPHSea For This Useful Post:**

ajeyjobo, Garishwolf, GoLobos, LasCrucesLobo, LoboBern, lobo0113, Loboawg92, **Loboazpat**, NMStorm, PHILLY_1982, Roob

04-16-2008 — #2

**Bloo**
Simply the best

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Foase's home by Imaginary Friends |
| Posts: | 5,243 |
| User ID: | 4 |
| Status: | Offline |
| Thanks: | 9,191 |
| Thanked 9,999 Times in 2,799 Posts | |

My Mood:

Grown:
Grown 0 Times in 0 Posts

I'm sure Weeblehet is packed full of shots at UNM and our recruits. I'm also certain there will be predictions of how Harrigs and Willis are going to dominate our new guys and how they're still separating themselves from us and the rest of the pack.

I'm so convinced of this, I'm not even going to bother looking.

Reply With Quote

**The Following 2 Users Say Thank You to Bloo For This Useful Post:**
Garishwolf, PHILLY_1982

+ Reply to Thread

« Previous Thread | Next Thread »

Quick Navigation     Attend Ens     Top

**Thread Information**
There are currently 1 users browsing this thread. (0 members and 1 guests)

**Bookmarks**
del.icio.us
Digg
StumbleUpon
Google

**Posting Permissions**

You may not post new threads          BB code is On
You may not post replies              Smilies are On
You may not post attachments          [IMG] code is On
You may not edit your posts           HTML code is Off

**Forum Rules**

-- vB4 Default Style          -- English (US)

top 25 class that ranks as the best in the Mountain West Conference.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Hecho por vBasporte - vBulletin en Español

EXHIBIT 2

EXHIBIT 2



| Home | Community | Forum Actions | What's New? | Quick Links | Arcade | Dramas | Calendar | FAQ | Members | #W's | NCAA |

Advanced Search

+ Forum    UNM    Allard Era    LVRJ: Rebels' Drama Nearly a Flop
If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

+ Reply to Thread

Thread: LVRJ: Rebels' Drama Nearly a Flop

Thread Tools   Display

01-04-2009

BigG
Simply the best

| [LVRJ] LVRJ: Rebels' Drama Nearly a Flop | #1 |

MOUNTAIN WEST'S OPENING ACT: Rebels' drama nearly a flop

UNLV survives sloppy showing, slips past Lobos

BY MATT YOUMANS
LAS VEGAS REVIEW-JOURNAL

After another dramatic finish at the buzzer, UNLV sophomore guard Tre'Von Willis was not in a celebratory mood.

He said he was "bummed," and he offered an apology to his teammates. But, most importantly, he was not sorry about the result.

Willis scored 15 points, and the Rebels barely escaped with a 60-55 victory over New Mexico on Saturday night in the Mountain West Conference opener at the Thomas & Mack Center.

"We'll take the win. But at the same time, we're all unhappy with our effort," Willis said. "We were disappointed in our effort."

UNLV (13-2) extended its home winning streak against MWC opponents to 25 games, but the journey to that destination was a 40-minute struggle.

The Rebels missed five free throws in the final 37 seconds, and had to hold on during a white-knuckle ending.

The Lobos' Chad Toppert missed an open 3-point attempt with five seconds left, and after the ball took a high bounce off the rim, Tony Danridge rebounded and missed a short shot in the lane at the buzzer.

"We had a little trouble at the line there and then gave them opportunities," UNLV coach Lon Kruger said. "We feel fortunate to come out with a win."

Willis made a big play out of a timeout with 1:04 remaining, when he drove strong through the lane for a layup to put the Rebels ahead 58-53.

"That is exactly the play we wanted," Kruger said. "Tre drove the ball and made a nice finish."

After UNLV's Marcus Rutledge missed two free throws, Jonathan Wills made a 3-pointer to cut New Mexico's deficit to 58-56 with 14 seconds left. Wills went to the free-throw line and stuck an air ball on his first attempt. He regrouped and made the second shot.

Toppert hit two free throws with 9.4 seconds to go. Wills was fouled again, and he missed the first shot and made the second.

"I made the game a little closer at the end," said Wills, who made 7 of 11 free throws. "It was a little bummed about that (air ball). I felt I let my team down. I apologized to the team and said it will never happen again."

Daniel Faris, the Lobos' 6-foot-9-inch, 245-pound forward, finished with 19 points.

"Faris is a tough guy," Kruger said. "He's unheralded with what he's doing and how good he's playing."

Danridge finished with 10 points and 10 rebounds for New Mexico (9-6).

| Join Date: | Aug 2007 |
| Condition: | Feeley's home for Imaginary Friends |
| Posts: | 5,250 |
| Liked 10x: | |
| Status: | |
| Gender: | ♂ |
| Thanks (Given): | 9,336 |
| Thanked 10,061 Times in 1,605 Posts | |

My Ride:
Gears:    Greased 2 Times in 2 Posts

Rebels seniors Joe Darger and Rene Rougeau scored nine points each. Darger had 10 rebounds, and Rougeau grabbed seven.

Faris scored inside to put the Lobos up 36-33 three minutes into the second half, prompting Kruger to use a timeout.

Darger's 3-pointer pulled the Rebels within 43-41, and Darris Santee's layup tied it at 43 with 10:33 left.

Rougeau scored on a reverse layup, was fouled by Roman Martinez and finished the three-point play to put UNLV up 46-44. Rougeau dribbled off a Santee screen and knocked down a 17-foot jumper to make the score 48-44 at the 5:09 mark.

The Lobos led 52-50 after Faris' layup with 6:20 to go. Rougeau made a jumper and Willis hit two free throws to put UNLV ahead 54-53 with 4:11 remaining.

Willis' two free throws extended the lead to 56-53 with 1:50 to play.

Faris scored 10 points to lift New Mexico to a 32-30 halftime lead.

The Rebels played sluggishly for most of the first half, confirming Kruger's concerns of an emotional letdown three days after UNLV's 56-55 upset win at 18th-ranked Louisville.

"I definitely think it was a letdown," Darger said. "We didn't come in and play with the intensity like we hoped."

"It's something that seems to happen to teams sometimes. We didn't play so well. We were real sloppy with the ball and had a lot of unforced turnovers."

Senior guard Wink Adams, out since Dec. 23 with a lower abdominal injury, entered at 12:25 of the first half with the Rebels trailing 17-13. Adams was out of sync, and he shot 0-for-6 and did not score.

UNLV is off until playing at Texas Christian on Saturday.

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

UNLV 60
New Mexico 58

NEW MEXICO Min FG-A FT-A R A PF PTS
Martinez 30 0-2 0-0 7 0 5 0
Faris 31 8-13 3-6 3 0 1 19
Gary 13 2-3 1-1 1 2 4 5
McDonald 18 1-4 0-0 2 1 3 2
Danridge 37 5-17 0-1 10 3 2 10
Willis 12 1-3 1-2 0 0 0 4
Garth 26 3-4 2-5 3 4 3 9
Brown 8 1-4 0-0 5 0 2 2
Toppert 15 2-5 2-2 6 1 0 7
TOTALS 200 23-57 9-17 41 11 20 58

Field goals—40.4%. Free throws—52.9%.

Three-point goals—3-12 (Garth 1-1, Willis 1-2, Toppert 1-4, McDonald 0-1, Danridge 0-2, Martinez 0-2). Team rebounds—4, Blocked shots—3 (Danridge, Garth, Brown). Turnovers—11 (Willis 3, Bellfield 2, Adams 1, Garth 3, Gary 3, Brown, Martinez). Steals—3 (Faris, Gary, Martinez).

UNLV Min FG-A FT-A R A PF TP
Rougeau 28 4-7 1-1 7 1 1 9
Darger 37 4-13 0-0 10 1 2 9
Santee 20 2-3 4-5 1 1 1 8
Darger 31 3-7 0-0 10 0 4 9
Bellfield 18 2-7 0-0 3 3 4 5
Wills 32 4-12 7-11 4 1 3 15
Adams 18 0-6 0-0 2 3 1 0
Wallace 17 1-4 2-2 2 0 0 5
Rutledge 20 1-3 2-4 0 0 1 5
Hoffman 9 0-1 0-0 0 0 0 0
Massamba 9 0-1 0-2 0 2 0 0
Mitchell 7 2-3 0-1 2 0 0 0
TOTALS 200 19-53 16-26 38 12 19 60

Field goals—35.8%. Free throws—61.5%.

Three-point goals—6-24 (Darger 3-7, Rutledge 1-2, Bellfield 1-3, Wallace 1-3, Adams 0-4, Wills 0-5). Team rebounds—4, Blocked shots—4 (Santee 3, Rougeau). Turnovers—11 (Willis 3, Bellfield 2, Adams 2, Darger, Rougeau, Santee, Massamba). Steals—3 (Rutledge 2, Santee, Darger, Rougeau).

New Mexico 32 26 — 58
UNLV 30 30 — 60

A—14,189. Officials—Eric Curry, Terry Padilla, Jimmy Cases. Technical fouls—None.





EXHIBIT 3

EXHIBIT 3

Utes' Boylan: MWC needs to schedule tougher teams



| Home | Awards | What's New? | Arcade | Calendar | FAQ | Members | PMs | NCAA |
|---|---|---|---|---|---|---|---|---|
| Community | Forum Actions | Quick Links | Donate | | | | | |

+ Reply to Thread

Thread: **Utes' Boylan: MWC needs to schedule tougher teams**

Results 1 to 17 of 17

05-25-2009

**Utes' Boylan: MWC needs to schedule tougher teams**

In two years at Utah, coach Jim Boylen has made an impact on Mountain West Conference basketball in a variety of ways.

Boylen is opinionated. His sideline antics can be entertaining sideshows. He sometimes grabs a microphone and shouts to the home crowd after wins. He has cried in news conferences.

He is also guided the Utes to a No. 5 seed in the NCAA Tournament last season, the highest seed in the conference's 10-year history.

Boylen talks about coaching his players to be fearless and tough, so he schedules the same way -- and he hopes the rest of that league's coaches start to do the same.

"I feel my guys we'll play anybody, anytime, anywhere," he said. "I want them to think like that.

"So many guys are scheduling to win 20 games. It doesn't matter. It's who you play. What are your quality wins?"

If the Mountain West is to be considered an elite conference, Boylen said, its coaches must schedule with less caution and more toughness.

Before the MWC tournament in March, Boylen said, "We set the standard for the league, how you get into the NCAA Tournament, who you have to play and how you should run your program, in my opinion."

Boylen said he's not criticizing other coaches, but he's not backing off that comment, either. "I really feel that way", he said, also explaining that recruits want to play in big-time games.

The Utes beat Gonzaga and Louisiana State last season and lost to California, Oklahoma and Utah State. Next season, Utah is set to play LSU, Oklahoma, Utah State, Illinois, Michigan and Oklahoma State.

But next on Boylen's schedule is the American Cancer Society's Coaches vs. Cancer Golf Classic & Gala, Sunday through June 2, a second-year event hosted by UNLV coach Lon Kruger.

"I've got maybe as strong a relationship with Lon as you can have with a rival," said Boylen, who recently signed a new five-year contract worth $850,000 a year, a figure that could increase to $1 million with bonuses.

Kruger designed arguably the MWC's second-toughest nonconference schedule last season, when the Rebels recorded marquee victories over Louisville and Arizona.

But the MWC got only two teams -- Utah as an automatic qualifier and Brigham Young as an at-large selection -- into the NCAA Tournament, and both lost in the first round.

San Diego State, which lost the conference tournament championship to the Utes, was snubbed because of its weak nonconference schedule. New Mexico and Wyoming also played soft schedules.

Only Utah, BYU and UNLV ventured out of conference and beat elite opponents, and the Cougars' best win was against Utah State.

"Our goal at Utah is to get into the NCAA Tournament before we get to the conference tournament, or be solid enough that if we get one win in the conference tournament, we're in," Boylen said. "We try to (schedule) six kind of big-time games. That's what you have to do".

The Utes ranked No. 12 in the Ratings Percentage Index going into last season's conference

tournament at the Thomas & Mack Center.
Games against Division II opponents don't count in the RPI. Boylen scheduled a D-II opponent last
season -- and lost to Southwest Baptist -- and Knight has one, Pittsburg State, on the schedule next
season.

For the MWC to be in better position to get NCAA at-large spots, Boylen said, coaches need to
schedule to improve their teams' RPI.

Boylen said he and his staff study all potential opponents by charting returning players and starters,
the percentage of offense returning and by projecting teams' records and RPIs based on their
schedule. "We're measuring against everybody," he said.

The conference tournament is another example of different philosophies among coaches. It will be at
the Thomas & Mack next season, completing a four-year contract. Administrators and coaches at BYU
and New Mexico have been outspoken about moving the tournament.

"I think it will stay in Vegas. I've never complained about it being there because I think that's the
best place for it," Boylen said.

"So many people complain about the conference tournament being in Vegas, but they go in there
thinking they need to win three games. Last season, I felt we were in before we even got there."

• NOTES -- California's Nike Montgomery and Kansas State's Frank Martin are among the coaches
scheduled to attend the Oct. 6 vs. Cancer event. ... To sign up a foursome for Southern Highlands
Golf Club and TPC Las Vegas or to attend the party at the Palms, go to
www.vvsabc-cancer.org/coclearsteps or call the American Cancer Society at 800-ACS-2345.

http://www.lvrj.com/sports/45975457.html

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-387-2997.



05-25-2009
Hosar
Was user



The Following 10 Users Say Thank You to RedPirate For This Useful Post:
Gardawolf, Gslobos, Lobos2358, Leboalinx, Lobodawg92, Los Lobos, NMdamn, Reds, Swedish, chicks_NM, Zimbo

I have to agree with Boylen. The MWC seems to schedule soft. Don't know exactly what I NM would
have to give up to upgrade the schedule since it seems very tough to get same teams into the PIT
but somehow Alford needs to get more name teams on the schedule. Seems like there are too many
Hofra's every year.

Utes' Boylen: MWC needs to schedule tougher teams



The following 7 Users Say Thank You to Hoser For This Useful Post:
4LoboJo, Butchster, Gerizbwolf, Lobo2x53, Lobodawg92, lobomy, Swedish_chicks, AF1

05-25-2009                                                                                          #3

**wallyhopp**

he re toasts to you

says the coach that has NO fans attend games. of course the big boys want to go a venue where its essentially a neutral court game.

also no offense to the coach here but teams like LSU, Oklahoma, Utah State, Wisconsin Gb, and Cal can have fluctuating seasons where one year they are good and the next mediocre. last year was a perfect storm for the team. i doubt there luck continues through next season although they are already loading a "tough"

| | |
|---|---|
| Join Date: | Dec 2007 |
| Location: | THE HAT |
| Posts: | |
| User ID: | 305 |
| Status: | Offline |
| Thanks: | |
| Thanked 7,000 Times in 2,446 Posts | |
| Groans: | 2,864 |
| Groaned 6 Times in 6 Posts | 7 |

Last edited by wallyhopp; 05-25-2009 at 09:49 PM.

Reply With Quote

05-25-2009                                                                                          #4

**Lobo2x53**
TLLean Finesse Michister

True, but even if we start by playing away, or doing 1-for-2s, we need to play more of the Big Boys. We are doing the recruiting, now we need to schedule the games.

| | |
|---|---|
| Join Date: | Nov 2002 |
| Location: | |
| Posts: | 7,344 |
| User ID: | 348 |
| Status: | Offline |
| Thanks: | 5,421 |
| Thanked 3,348 Times in 1,022 Posts | |
| Groans: | 2 |
| Groaned 6 Times in 6 Posts | |

The Following 8 Users Say Thank You to wallyhopp For This Useful Post:
Gerizbwolf, Lobo2x53, LoboCielo, Lobodawg92, lobomy, SoCalLobo, Swedish_chicks, AF1, Zinbo

Reply With Quote

05-25-2009                                                                                          #5

The Following 4 Users Say Thank You to Lobo2x53 For This Useful Post:
Lobodawg92, lobomy, Swedish_chicks, AF1, Thick&Lobo



It wasn't that our schedule wasn't tough enough last year. The problem was we didn't win enough games on our schedule. Of course losing the first game in the MWC tournament doesn't help any. I trust coach to schedule the right teams to challenge our teams, but not bury them early and take away their confidence.

GO LOBOS

**loboray**

The Following 7 Users Say Thank You to loboray For This Useful Post:

Bloo, LoboColo, Lobodimp92, MReuben, SoCalLobos, Swedish_chicks_AI81, TRUckLobo

05-25-2009

**RedPhiSea**

I can promise you that we're tied to get a bunch of big name teams. Fact is everyones scared to play in the Pit. Nobody wants to play us here. The coaches are busting their tail but you can make the other guys play you if they dont want to. UTahs arena reputation isnt anything like the Pit. The big boys know better than to come here.

The Following 12 Users Say Thank You to RedPhiSea For This Useful Post:

aLobo3, Bloo, BuRChater, Gershhardt, LoboAuto, LoboColo, Lobodimp92, Loboexpat, LoboNitz, Swedish_chicks_AI81, TRUckLobo, vishphucp

05-25-2009

**Loboexpat**



Boylen is right in some respects but the bravado is comical.

It'll be fun to see the fearless Utes crumble in the PR gain next season.

"Radiation increases in relation to riili is equal proportion to xyz." -- Ernest Hemingway

The Following 6 Users Say Thank You to Lobonaut For This Useful Post:
Garishwolf, LoboAuto, LoboColo, Lobodawg92, Red#11Soo, Swedish_chicks_AI'I

**05-25-2009**

**sdsupliilip**
Alpha Lobo

| | |
|---|---|
| Join Date: | Feb 2008 |
| Location: | San Diego |
| Posts: | 1,453 |
| User ID: | 704 |
| Color: | Gray |
| Thanks: | 7 |
| Thanked 779 Times in 372 Posts | |
| Gravel: | 0 |
| Gravel 17 Times in 5 Posts | |

He is right, I bow I expect Utah's attendance to have a huge rise, most of their fans had a wait and see approach with boylen. I bate but tend to agree with boylen, sdsv's and u'um's schedule was way too soft last year

The Following 2 Users Say Thank You to sdsupliilip For This Useful Post:
Lobodawg92, Swedish_chicks_AI'I

**05-25-2009**

**Garishwolf**
Its he Lobo Law to you

Simeriock,,,BUUUTON,..........,.,.............loi



# SUPPORT YOUR LOCAL LOBOS!

**BE QUICK, NOT IN A HURRY** J. Wooden

**WE ARE NEW MEXICO!!!**

**2009-2010 MWC CHAMPIONS**

Five months after the season started, it has long been forgotten that New Mexico faced low expectations with experts thinking the Lobos would be somewhere about a .500 team in the Mountain West.

---

The Following User Says Thank You to Garishwolf For This Useful Post:
Swedish_chicka_AR1

Reply With Quote

---



**Bullchufer**

Join Date:    Aug 2007
Location:
Posts:        1,138
User ID:      36
Status:       Offline
Thanked 6,696 Times in 4,404 Posts
Quote:
Groaned 9 Times in 5 Posts
Groaned 1 Time in 1 Post

05-25-2009

Many years ago......Ellenberger attempted to get big name teams to come to the Pit. Some of the refusal letters were printed in the paper. Thanks but no Thanks type of refusals...i. e. schedules are made too far in advance, not interested. Pay us at our place points...etc. Guarantee was not high enough...The Lobos were able to get Georgetown to come to the Pit for one game and for the sum of $100,000.00. I believe that red during the Colson era.

I believe that in time and with some decent local sports reporters (minus the Rick Wright type) getting into the fray by publishing reasons why big name schools refuse to come to the Pit. Put a little pressure on Sports networks...i. e. Sports Illustrated, sporting news, Albion Magazine and yes ESPN (although if they are it [quote with that MWC being their own TV network the Mountain] yes Challenge the NCAA to penalize some big schools for refusing to go head to head with non BCS schools.

And I suppose it may take the 2 for 1 games for a few seasons to finally get their attention. Maybe getting Alford will help us get to play us once more. Still blame me that Olson gets praised for being a good coach...NO, a cowardly coach that would never play at the Pit...having their own TV network the Mountain) yes Oh Well...If Coach Alford and Staff continue to bring credibility to the Lobo program...big BCS schools won't be able to dodge the Alford Gang!

#10

Reply With Quote

---

The Following 6 Users Say Thank You to Bullchufer For This Useful Post:
a.lobOp, Garishwolf, Loboboy92, LoboSoldier, RedPitSea, walkynoop

05-25-2009

**LoboColo**

I agree Pit is a double-edged sword. Great homecourt, but tough to get top teams here.

#11



Hardman, who cares. Even the Yoots fans don't care. So yeah, big name schools will go there.

I think we're in a situation where we have to accept 2-for-1s.

The Following 2 Users Say Thank You to LoboGator For This Useful Post:

aLob0ja, Lobodawg92

**LoboGator**

05-25-2009

Winning solves everything.

Boylen's philosophy is not news, tell me something I don't know. And what good did playing the schedule he played do him? They got into the NCAAs and choked big time, embarrassing.

I already hate that guy.

The Lobos need to take care of business on the court, period. We need to beat some tough teams on the road, period.

Like I said, winning solves a lot of problems.

Lobos under Steve Alford: "Never give up"





Utes' Boylen: MWC needs to schedule tougher teams

Page 10 of 11

05-26-2009

**loboaddict**

Join Date: Aug 2007
Location: Albuquerque
Posts: 335
User ID:
Status:
Thanks:
Thanked 826 times in 228 Posts

Our schedule is last season's what? THAT bad, and it was expected to be stronger. There is a little luck involved. Drake was a top 10 team this season before, and while you didn't expect them to be a top 10 team last season, you certainly didn't expect them to drop off as much as they did. WSU wasn't quite as good as expected. SDSU, BYU, Oregon St, Air Force, CS Northridge, etc. that we've scheduled in the past were all expected. Unfortunately, it seems that every team that Utah scheduled last season ended up being worse than expected and more were better than expected. Not much you can do about that.

I don't think Boylen is saying anything that everyone else doesn't already know. But I guess he doesn't realize it's quite a bit easier for Utah to get home and home's with anyone other than it is UNM. And I'm still scratching my head trying to figure out how Utah had such a high SOS last season. Sure they played Oklahoma, LSU and Gonzaga, but they also played in the NIT (which doesn't factor into SOS but should) and Idaho St. as well as several other cupcakes. Just seems ridiculous that playing just 2 or 3 mediocre teams can increase your SOS so much. I think UNM would have done just as well against Utah's schedule as Utah did.

Last edited by loboaddict; 05-26-2009 at 04:56 PM.

Reply With Quote

**The Following 5 Users Say Thank You to loboaddict For This Useful Post:**

Also, Carlshow67, GoLobos, LOOohellUT, RedPitSea

+ Reply to Thread

« Previous Thread | Next Thread »

Quick Navigation   Allow User   Top

---

**Thread Information**

There are currently 3 users browsing this thread. (0 members and 3 guests)

---

**Similar Threads**

| | | |
|---|---|---|
| STERLING Lobos Rock Utah Utes 77-71 to Stay Alive in Hunt For 2009 MWC Title | | Replies: 2 |
| By Zack in forum Allied Cos | | Last Post: 02-04-2008, 06:45 PM |
| PITT wants us up all over the Internet! | | Replies: 0 |
| By Zack in forum Pla'n Pres | | Last Post: 02-23-2009, 01:49 PM |
| The A Pls: Metal Rose marquebas on to the wolse | | Replies: 0 |
| By Zack in forum Pla'n Pres | | Last Post: 05-28-2009, 03:59 PM |
| lobostays again as too ready for Lobos in tournament | | Replies: 4 |
| By SMILOBO in forum Allied Cos | | Last Post: 03-01-2009, 12:04 PM |
| But Lobo Title topping making big impression within fans | | Replies: 1 |
| By Zack in forum Allied Cos | | Last Post: 02-23-2009, 09:22 AM |

---

**Bookmarks**

- del.icio.us
- Digg
- StumbleUpon
- Google

---

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

-- vBulletin 3 Style   -- English (US)

TLL.com Home Archve Top

All times are GMT -6. The time now is 12:10 PM.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Hecho por vBulletin - Versión en Español

EXHIBIT 4

EXHIBIT 4

Interesting article on Player rankings in MWC



Home | Community | Awards | FoMoAActions | What's New? | Quick Links | Arcade | Calendar | Donate | FAQ | Members | Advanced Search

Forum    UNM    Alford Era    Interesting article on Player rankings in MWC

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

+ Reply to Thread

Thread: Interesting article on Player rankings in MWC

Results 1 to 17 of 17

Thread Tools    Display

**Interesting article on Player rankings in MWC**    #1

03-11-2009

MWC

from writer in Las Vegas.

http://www.lvrj.com/sports/41078092.html

Formula supports Utah's Nevill as Player of Year

'Bird Points' system proves worth of 7-foot-2-inch Utes center

By MATT YOUMANS
It took four years for Utah center Luke Nevill to quiet the criticism that he was a 7-foot-2-inch, 265-pound underachiever. He stood head and shoulders above the crowd but seldom was a standout as he made progress seemingly at the pace of his lumbering stride.

"I definitely thought I had the potential," Nevill said. "I knew that I had it in me."

And he finally proved it to the rest of the Mountain West Conference, earning Player of the Year honors.

engr
Wise Wolf

| | |
|---|---|
| Join Date: | Aug 2007 |
| Posts: | 655 |
| User ID: | 85 |
| Status: | Offline |
| Thanks: | 129 |
| Thanked 2,076 Times in 406 Posts | |
| Groan: | 6 |
| Groaned 14 Times in 8 Posts | |

The Utes tied for the conference title with Brigham Young and New Mexico. All three teams feature star seniors -- the Cougars are led by guard Lee Cummard and the Lobos by guard Tony Danridge.

Nevill came out ahead in voting by the conference's nine head coaches and a media panel, and as UNLV coach Lon Kruger said, "I have no argument with Nevill getting it."

But when anything is decided by a vote, there could be an argument. Opinions lead to debates. Opinions supported by statistics can settle debates.

In this case, the "Bird Points" system will be used as a guide. Former NBA great Larry Bird revealed several years ago his statistical method for rating basketball players, and it's a much simpler formula than what the NFL uses to rate the passing efficiency for quarterbacks.

Bird's system goes like this: Players get one point for each point, rebound, assist, steal and block, and one point is subtracted for each missed field goal, missed free throw and turnover.

The method was applied to the top players in the Mountain West to determine who's best and who's overrated and underrated, at least in statistical terms.

As it turns out, Nevill is the winner again. In conference games only, he totaled 489 positive points for points scored (267), rebounds (153), assists (16), steals (3) and blocks (50) and 125 negative points for missed field goals (64), missed free throws (19) and turnovers (42).

Nevill's 364 net points, an average of 22.8 over 16 games, beat out Cummard (322, 20.1), Wyoming senior guard Brandon Ewing (285, 17.8), BYU sophomore guard Jimmer Fredette (271, 16.9) and Danridge (259, 16.2) rounded out the top five.

Utah coach Jim Boylen was asked how he determines who the top player is when there are multiple candidates in a tight race.

"It's a guy who plays both ends, a guy who's not a one-dimensional player, and winning is important," Boylen said. "If you look at statistics, if you look at winning, if you look at how other teams prepare for him, Luke is a very worthy Player of the Year candidate.

"He has dominated the league defensively. He has been a dominating player at both ends. Luke just rolling down the lane without the ball makes it hard on the defense. How do you measure that? I think stats are one piece of it, they are a tool, but there's more to it than that."

Nevill is the league's only truly dominant center. Eliminate

him from the equation, and the MWC is ruled mostly by guards and small forwards, with Cummard ranking as the best of the rest.

"I would say Cummard is the most complete player, maybe not the best player, but the most complete," Ewing said. "He rebounds, defends, and he can score when his team needs him to score. He does it all.

"You look at the box score and he's got 25 points, nine rebounds, four assists, two blocks and two steals, and that's a complete game."

Ewing said he prides himself on being an efficient player, and he rates No. 3 in the conference on the "Bird Points" scale.

"I believe I'm a true point guard," Ewing said. "I go out to get 15 to 20 points, make sure my teammates are happy and put my team in position to win. I know a lot of players are scoring 25 points, but they take 30 shots to get 25 points."

UNLV senior guard Wink Adams was voted second team all -conference, but he is tied for 25th on the "Bird Points" list, slipping so low because of his 122 missed field goals.

The Rebels' highest-ranking player is senior swingman Rene Rougeau, tied for eighth.

"Rene's versatility has been huge to us because he's a mismatch," Kruger said. "Offensively, he can drive the ball at big guys, he can post smaller guys, and he's a good rebounder. Defensively, he can guard the ball or guard bigger guys in the low post."

Nevill put the Utes over the top this season, but he credited Boylen, in his second year, for boosting his development into the league's best.

"When Boylen got here, we had a different mentality as a team. We practiced a lot harder, and the focus was on defense," Nevill said. "Waking up early in the morning to go lift weights. ... Everything we've done has been a grind. It has been tough.

"But I needed that drive and that push to get myself and this team to the next level."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

Ranking the Mountain West's best
The conference's top five players are graded by the "Bird Points" system created by former NBA great Larry Bird. Players get one point for each point, rebound, assist, steal and block. A point is subtracted for each missed field goal, missed free throw and turnover.

Rank, Player, Team Plus-Minus Total/PPG.
(1.) L. Nevill, Utah 489-125 364/22.8
(2.) L. Cummard, Brigham Young 451-128 322/20.1
(3.) B. Ewing, Wyoming 447-162 285/17.8
(4.) J. Fredette, Brigham Young 422-151 271/16.9
(5.) T. Dantidge, New Mexico 404-145 259/16.2
Note: Statistics for conference games only. Averages for 16 games.

Ranking the best of the rest
The conference's top remaining players are graded by the "Bird Points" system created by former NBA great Larry Bird. Players get one point for each point, rebound, assist, steal and block. A point is subtracted for each missed field goal, missed free throw and turnover.

Rank Player, Team Plus-Minus Total/PPG.
(6.) Z. Buljan, Texas Christian 396-155 241/15.1
(7.) J. Taveman, Brigham Young 381-144 237/14.8
(t8.) R. Rougeau, UNLV 342-108 234/14.6
(t8.) S. Green, Utah 321-87 234/14.6
(10.) K. Langford, Texas Christian 349-119 230/14.4
(11.) R. Martinez, New Mexico 322-94 228/14.3
(12.) D. Fairs, New Mexico 344-117 227/14.2
(13.) B. White, San Diego State 210-44 166/13.8
(14.) L. Wade, San Diego State 340-149 191/13.6
(15.) T. Willis, UNLV 369-153 216/13.5
(16.) T. Johnson, Wyoming 327-118 209/13.1
(17.) J. Emery, Brigham Young 271-66 205/12.8
(t18.) K. Spain, San Diego State 348-149 199/12.4
(t18.) L. Borha, Utah 306-107 199/12.4
(20.) A. Muojeke, Wyoming 345-148 197/12.3
(21.) S. Ogirri, Wyoming 320-130 190/11.9
(22.) M. Walker, Colorado State 302-158 144/11.1
(23.) A. Henke, Air Force 325-151 174/10.9
(24.) M. Holland, Air Force 265-99 166/10.4
(25.) W. Adams, UNLV 348-183 165/10.3
(t25.) W. Gardner, Colorado State 263-98 165/10.3
(t25.) C. Toppert, New Mexico 244-79 165/10.3
Notes: Statistics for conference games only. Averages for 16 games for all players but Wade (14), Walker (13) and White (12).

The Following 20 Users Say Thank You to engr For This Useful Post:

2indivert, Burro lobo, Catcus Jim, COLOLOBO, Garishwolf, GoLobo, Howler, Junior2430, kennymofo, LasCrucesLobo, LoboGator, LoboMike, MRLobo, NMStorm, Roob, Swedish_chicks_AiFi, TioLobo, ton33loc, tooth, yooperlobo

Reply With Quote

03-11-2009                                                                #2

wallyhopp
Its Mr Lobo Lair to you

Interesting. tony has one of the leagues. best FG%. I guess his ft% did him in for this "list".. then again tony leads the league in FG makes, but 5th in FG attempts.



i dont know right now if I like this system for gauging talent.. Shaun green compares with Chad Toppert in many categories yet when you take into account this system, its not even close.. Does it overachieve some players?

| Join Date: | Oct 2007 |
| Location: | THE PIT |
| Posts: | 5,825 |
| User ID: | 305 |
| Status: | Offline |
| Thanks: | 2,864 |
| Thanked 7,010 Times in 2,446 Posts | |
| Groan: | 7 |
| Groaned 4 Times in 4 Posts | |

Reply With Quote

**03-11-2009**

**Roob**
Administrator

| Join Date: | Aug 2007 |
| Location: | Albuquerque |
| Posts: | 12,235 |
| User ID: | 3 |
| Status: | Online |
| Thanks: | 8,295 |
| Thanked 19,272 Times in 6,530 Posts | |

#3

Wow that Bird Point system actually tracked the all MWC team pretty well. The one glaring omissin is Ro, he was 11th overall in points which should have made him the top choice for 3rd team All-MWC, just a hair from making the 2nd team. But he made neither. That was a blatant miss by the coaches and media.



Groan:   Groaned 6 Times in 4 Posts          3

The Following User Says Thank You to Roob For This Useful Post:

Ganshwolf

Reply With Quote

03-11-2009                                                #4

**Howler**
Wise Wolf

Very cool that we have three of the top 12 on the list.

| | |
|---|---|
| Join Date: | Dec 2007 |
| Location: | land of enchantment |
| Posts: | 544 |
| User ID: | 372 |
| Status: | Offline |
| Thanks: | 6,165 |
| Thanked 1,206 Times in 328 Posts | |
| Groan: | 14 |
| Groaned 0 Times in 0 Posts | |

**The Following User Says Thank You to Rowler For This Useful Post:**

Garishwolf

---

03-11-2009

Reply With Quote

#5



rrlobo
Alpha Wolf

| Join Date: | Aug 2007 |
| Posts: | 1,000 |
| User ID: | 185 |
| Status: | Offline |
| Thanks: | 1,162 |
| Thanked 2,061 Times in 580 Posts |

I love Tony D. and wish he would have won POY but to be honest I really don't have a problem with Nevill winning POY. I think that most UNM fans only saw him play 2 times this year but I saw him play at least 10 times and I was really impressed by how well he controlled the games both offensively & defensively.

Not only did Nevill lead the conference in rebounding and blocked shots but he altered too many shots to count. He was really a force on defense and the main focus of every other team on offense. Plus he rebounds really well. Faris outplayed Nevill in head to head matchups but overall Luke is still a great player. Hats off to Faris for playing so well against Nevill and hopefully he can do it again if needed. Heck, Nevill had 16 points and 5 rebounds against the Lobos and this was considered a bad game for him.

---

03-11-2009

Reply With Quote

#6

dcrowley
Alpha Lobo

| Join Date: | Aug 2007 |
| Location: | Albuquerque, NM |
| Groan: | |
| Groaned 0 Times in 0 Posts | |

It makes me wonder how JR and Cummard stacked up last year. I couldn't find enough stats to do the calculation. Anyone?

| Posts: | 3,382 |
| User ID: | 124 |
| Status: | *Offline* |
| Thanks: | 5,852 |
| Thanked 5,968 Times in 1,933 Posts | |

My Mood:
Groan!:     11
Groaned 2 Times in 2 Posts



Reply With Quote

03-11-2009

### Kent_Brockman

Alpha Lobo



| Join Date: | Aug 2007 |
| Location: | KSL - Channel 6 News |
| Posts: | 1,392 |
| User ID: | 24 |
| Status: | *Offline* |
| Thanks: | 1,694 |
| Thanked 1,543 Times in 727 Posts | |

My Mood:
Groan!:     0
Groaned 0 Times in 0 Posts

        #7

**88** Originally Posted by **dcrowley** ▸▸

*It makes me wonder how JR and Cummard stacked up last year. I couldn't find enough stats to do the calculation. Anyone?*

Using various sources (1 had to take a shower after visiting the BYU site) I came up with these calculations.

Bird's system goes like this: Players get one point for each point, rebound, assist, steal and block, and one point is subtracted for each missed field goal, missed free throw and turnover.

JR 293 pts 132 rbs 54 ast 24 steals 21 blocks -32 turnovers -34 missed ft -105(missed fg) = 353

Lee 248 pts 113 rbs 54 ast 12 steals 17 blocks -36 turnovers -11 missed ft -71(missed fg) = 326

Draw your own conclusions.

"Now at the risk of being unpopular this reporter places the blame for all of this squarely on you, the 'viewers'"

01000110101110010000010010001101111011011001001
10111011100101001001000001

If you can read this then you are using the Lobolair black skin

Reply With Quote



The Following 10 Users Say Thank You to Kent_Brockman For This Useful Post:

aLobojg, Burro iobo, COLOLOBO, dcrowley, Duke, Garishwolf, *Loboexpert*, LoboMike, Roob, wallyhopp

| | |
|---|---|
| **03-11-2009** | #8 |
| **LoboLuba**<br>Little Lobo | ✉✉ Originally Posted by Howler<br>*Very cool that we have three of the top 12 on the list.* |

of course so does BYU and Utah....funny how having the best players makes you one of the best team.

| | |
|---|---|
| **Join Date:** | Jan 2009 |
| **Location:** | Denver |
| **Posts:** | 186 |
| **User ID:** | 911 |
| **Status:** | *Offline* |
| **Thanks:** | 1 |
| | Thanked 183 Times in 82 Posts |
| **Groan:** | 0 |
| | Groaned 52 Times in 7 Posts |

The Following 2 Users Say Thank You to LoboGator For This Useful Post:

Burro lobo, Roob

**Reply With Quote**

03-11-2009                                                                                          #9

**LoboGator**

Lobo Lair King



| Join Date: | Dec 2007 |
| Location: | Albuquerque |
| Posts: | 2,291 |
| User ID: | 412 |
| Status: | *Offline* |
| Thanks: | 2,163 |
| Thanked 3,878 Times in 1,335 Posts | |
| Gram: | 45 |
| Groomed 4 Times in 4 Posts | |

Originally Posted by Kant_Brockman

*Using various sources (I had to take a shower after visiting the BYU site) I came up with these calculations.*

*Bird's system goes like this: Players get one point for each point, rebound, assist, steal and block, and one point is subtracted for each missed field goal, missed free throw and turnover.*

*JR 293 pts 132 rbs 54 ast 24 steals 21 blocks -32 turnovers -34 missed ft -105(missed fg) = 353*

*Lee 248 pts 113 rbs 54 ast 12 steals 17 blocks -36 turnovers -11 missed ft -71(missed fg) = 326*

*Draw your own conclusions.*

Those numbers basically validate what everyone knows, Cummard cannot hold JR's Jock Strap with both hands!



Lobos under Steve Alford: "Never give up"

**Reply With Quote**

03-11-2009

Interesting article on Player rankings in MWC

Page 11 of 17

**The Following User Says Thank You to LoboGator For This Useful Post:**

Roob



**Doublealum**
Wolf

| Join Date: | Aug 2007 |
|---|---|
| Posts: | 284 |
| User ID: | 189 |
| Status: | *Offline* |
| Thanks: | 41 |
| Thanked 786 Times in 208 Posts | |
| Groan: | 0 |
| Groaned 0 Times in 0 Posts | |



100% agree. + Ro does so many of the things that don't make the stat sheet. In much earlier posts, I was saying that he has to be at least 3rd string All MWC. He may not be as big, or jump as high, or be as quick, or ....... but he is a PLAYER.

#10.

Reply With Quote

**The Following 2 Users Say Thank You to Doublealum For This Useful Post:**

Burro lobo, Ganishwolf

| 03-11-2009 | #11 |
|---|---|

**Howler**
Wise Wolf

> **Originally Posted by LoboLuba**
> *of course so does BYU and Utah.....funny how having the best players makes you one of the best teams.*

I see three from BYU but I only see two from Utah (neville and green) in the top 12. Am I missing another Ute?



| | |
|---|---|
| Join Date: | Dec 2007 |
| Location: | land of enchantment |
| Posts: | 544 |
| User ID: | 372 |
| Status: | *Offline* |
| Thanks: | 6,165 |
| Thanked 1,206 Times in 328 Posts | |
| Groan: | 14 |
| Groaned 0 Times in 0 Posts | |

**Garishwolf**
Its Mr Lobo Lair to you

03-11-2009

Boooooooooooooo to Buyon,,,,,,,,he's still hurtin after the PIT loss, ask coach Fisher and I think you'd get a lot more TD respect.

☒

# SUPPORT YOUR LOCAL LOBOS!

Reply With Quote          #12

**BE QUICK, NOT IN A HURRY** J. Wooden

**WE ARE NEW MEXICO!!!!**

**2009-2010 MWC CHAMPIONS**

Four months after the season started, it has long been forgotten that the New Mexico faced low expectations with experts thinking the Lobos would be somewhere about a .500 team in the Mountain West.

**Reply With Quote**

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | way south, Mexico |
| Posts: | 13,195 |
| User ID: | 30 |
| Status: | *Offline* |
| Thanks: | 51,424 |
| Thanked 8,696 Times in 4,434 Posts | |
| Groan: | 74 |
| Groaned 9 Times in 6 Posts | |

---

03-11-2009

**dcrowley**

Alpha Lobo

#13

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Albuquerque, NM |
| Posts: | 3,382 |
| User ID: | 124 |
| Status: | *Offline* |
| Thanks: | 5,852 |
| Thanked 5,968 Times in 1,993 Posts | |
| My Mood: | |
| Groan: | 11 |
| Groaned 2 Times in 2 Posts | |

Originally Posted by Kent_Brockman

*Using various sources ( I had to take a shower after visiting the BYU site) I came up with these calculations.*

*Bird's system goes like this: Players get one point for each point, rebound, assist, steal and block, and one point is subtracted for each missed field goal, missed free throw and turnover.*

*JR 293 pts 132 rbs 54 ast 24 steals 21 blocks -32 turnovers -34 mfed ft -105(missed fg) = 353*

*Lee 248 pts 113 rbs 54 ast 12 steals 17 blocks -36 turnovers -11 missed ft -74(missed fg) = 326*

*Draw your own conclusions.*

Ahhhh hah! I knew it! What the formula is missing is "From BYU or UTah? + 30".



The Following 4 Users Say Thank You to dcrowkey For This Useful Post:

Burro lobo, Garishwolf, Protege1212, Roob

03-11-2009                                                                                   #14

**Burro lobo**
The Lobo Lat Chosen

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Puerto Vallarta, Mexico |
| Posts: | 3,646 |
| User ID: | 65 |
| Status: | *Online* |
| Thanks: | 24,993 |
| Thanked 5,201 Times in 2,921 Posts | |
| Groan: | 12 |
| Groaned 0 Times in 0 Posts | |

What, no points for crying? That's the third most important quality in any U U or BYU players resume!

The original point and click interface was a Smith & Wesson.

Reply With Quote

**The Following 5 Users Say Thank You to Burro lobo For This Useful Post:**

dcrowley, LIDOakaLIT, LoboGator, Lobos_Jr, Roob

03-11-2009 #15

### hungrywolf1
Wise Wolf



| | |
|---|---|
| Join Date: | Jun 2008 |
| Location: | las vegas nevada |
| Posts: | 686 |
| User ID: | 546 |
| Status: | Offline |
| Thanks: | 205 |
| Thanked 858 Times in 333 Posts | |
| Groan: | 0 |
| Groaned 0 Times in 0 Posts | |

when i herd about this system on the radio tuesday i thought it was inresting thougnt how it would match up with the picks i like the system it seem fair 3 in the top twelve cant complain ill go for that

COOL ARROW >>>---->

Reply With Quote

03-12-2009 #16

### hobo
Wise Wolf



| | |
|---|---|
| Join Date: | Sep 2007 |
| Posts: | 696 |
| User ID: | 209 |
| Status: | Offline |
| Thanks: | 580 |
| Thanked 2,732 Times in 482 Posts | |
| Groan: | 8 |

> hobo
>
> What hurt Tony D is the start of the MWC regular season. Had he posted some of the same numbers in earlier MWC regular season games, he would have been POY. He was clearly the dominating player in the second half of MWC play.
>
> If he continues the roll this week, he will be Tourney MVP.



Groaned 0 Times in 0 Posts

Reply With Quote

The Following User Says Thank You to hobo For This Useful Post:

RedPitSea

03-12-2009                                                                                    #17

**tooth**
WoF                    Aug 2007

Join Date:
Posts:           345
User ID:          60
Status:          Online
Thanks:           14
Thanked 650 Times in 175 Posts

Groan:
Groaned 0 Times in 0 Posts          0

I would have to guess that "whining" is the either the
equalizer or the tie-breaker, whichever BYU or Utah may
need at the time.

Reply With Quote

The Following 2 Users Say Thank You to tooth For This Useful Post:

Burro lobo, dzrowley

+ Reply to Thread

Quick Navigation          Afford Era   Top

« Previous Thread | Next Thread »



**Thread Information**

There are currently 1 users browsing this thread. (0 members and 1 guests)

**Similar Threads**

| | |
|---|---|
| Interesting article from Deseret News (Utah)<br>By LoboGator in forum Alford Era | Replies: 5<br>Last Post: 03-03-2009, 07:55 AM |
| Interesting Michelle Voegel Blog article....<br>By LBObcaJT in forum Fan's Fans | Replies: 0<br>Last Post: 02-27-2009, 10:50 AM |
| An interesting article...<br>By LBObcaJT in forum Fan's Fans | Replies: 4<br>Last Post: 02-19-2009, 03:15 PM |
| This is an interesting recruiting article....<br>By LBObcaJT in forum Lock's Lair | Replies: 0<br>Last Post: 02-04-2009, 10:39 AM |
| Interesting article mentions Bryce Alford<br>By Wolfen1 in forum Alford Era | Replies: 0<br>Last Post: 05-01-2008, 10:43 PM |

**Bookmarks**

- del.icio.us
- Digg
- StumbleUpon
- Google

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

-- e94 Default Style       -- English (US)

TLLcom Home Archive Top

All times are GMT -6. The time now is 12:06 PM.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Hecks por eSoporte - vBulletin en Español

http://thelobolair.com/forum/showthread.php?9757-interesting-article-on-Player-rankings-in...   4/5/2010

EXHIBIT 5

EXHIBIT 5

| Home | Awards | What's New? | Arcade | Calendar | FAQ | Members |
| Community | Forums | Quick Links | Donate | | | |



Advanced Search

❖ Forum   UNM   Alford Era   Kruger rejects Rebels' 'fatigue'

❖ If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register
before you can post: click the register link above to proceed. To start viewing messages, select the forum that
you want to visit from the selection below.

❖ + Reply to Thread

**Thread: Kruger rejects Rebels' 'fatigue'**

Results 1 to 6 of 6

| | Thread Tools | Display |

03-10-2008

#1

**badger77**
Pack Leader.

● Kruger rejects Rebels' 'fatigue'

UNLV 'not limping' into MWC tourney

BY MATT YOUMANS
REVIEW-JOURNAL

UNLV basketball coach Lon Kruger is tired of hearing about
how his team appears to be exhausted.

"I don't believe that," Kruger said Sunday, a day after the
Rebels finished the regular season with a 70-63 victory
over Utah at the Thomas & Mack Center.

"I think all teams are a little bit tired right now. This is a
tough grind. But this time of year kind of makes you forget
all about fatigue."

Kruger is not one to make excuses, but he doesn't need
any, either. As he pointed out, UNLV won four of its last
five games and is "not limping home."

**The best news for the Rebels, 23-7 overall and 12-4
in the Mountain West Conference, is they get to stay**

| Join Date: | Aug 2007 |
| Posts: | 970 |
| User ID: | 7 |
| Status: | *Offline* |
| Thanks: | 566 |
| Thanked 1,444 Times in 430 Posts | |
| Groan: | 0 |
| Groaned 0 Times in 0 Posts | |

## home for the league tournament.

Second-seeded UNLV opens against seventh-seeded Texas Christian (14-15, 6-10) at 6 p.m. Thursday at the Thomas & Mack, where the Rebels have won 21 consecutive games against conference opponents.

UNLV won the Mountain West tournament last year, beating Brigham Young 78-70 in the championship game, and earned an automatic bid to the NCAA Tournament.

The Cougars (25-6, 14-2) might be considered slight favorites over the Rebels going into this week's tournament.

If the seedings hold up, Friday's semifinals could be intriguing. Barring upsets, BYU will play fourth-seeded San Diego State (19-11, 9-7) and UNLV will play third-seeded New Mexico (24-7, 11-5).

Kruger has been fielding questions about his team's fatigue factor since the Rebels' 59-45 loss at New Mexico last Tuesday.

Kruger's roster lacks depth and size. The tallest starter is 6 -foot-7-inch junior Joe Darger, who appears to be wearing down while defending bigger players in the low post. Kruger is using eight players, but sophomore forward Matt Shaw has been the only regular contributor off the bench.

Senior point guard Curtis Terry saved UNLV on Saturday by recording 22 points, 10 assists and five rebounds against Utah.

But Terry also committed six turnovers, and the Rebels' offense was out of sync most of the game. Terry constantly dribbled around the perimeter while his teammates too often stood and watched his audition for the Globetrotters.

"To be able to knock down some shots after I haven't hit any for a while, that definitely got my confidence higher," said Terry, who ended a slump by shooting 7-for-12 and making four 3-pointers. He had scored in double figures just once in the previous 10 games.

BYU, 21st in the nation in the Ratings Percentage Index, is a virtual lock to make the NCAA's 65-team field.

The Rebels are in better shape than the Lobos, but both teams probably have a little work to do before Selection Sunday. UNLV has an RPI of 29 and a schedule strength that ranks 71st. New Mexico is 53rd in RPI with a poor schedule strength that ranks 150th.

The Mountain West is widely projected to be a three-bid league. But neither the Rebels nor the Lobos will feel

secure on Sunday unless they reach Saturday's title game.

"If we win three games this week, then we're in and we don't have to worry about it," Terry said. "Maybe we can seal the deal up ourselves."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or (702) 387-2907.

http://www.lvrj.com/sports/16441946.html

**Reply With Quote**

The best news for the Rebels, 23-7 overall and 12-4 in the Mountain West Conference, is they get to stay home for the league tournament.

I can't believe that was typed into a story. An admission of the unfair advantage.

**#2**

**03-10-2008**

**Maxwell58**

*Pack Leader.*

| | |
|---|---|
| Join Date: | Aug 2007 |
| Posts: | 771 |
| User ID: | 52 |
| Status: | *Offline* |
| Thanks: | 816 |
| Thanked 1,633 Times in 416 Posts | |
| My Mood: | |
| Groan: | 0 |
| Groaned 0 Times in 0 Posts | |

The Following 10 Users Say Thank You to badger77 For This Useful Post:
*Bleo*, Bullchuter, Ganishwolf, Lobodawg92, LoboMike, lobozrule, Maxwell58, RedFtrSea, Roob, *rtobo*



03-10-2008

**badger77**
Pack Leader

| | |
|---|---|
| Join Date: | Aug 2007 |
| Posts: | 970 |
| User ID: | 7 |
| Status: | *Offline* |
| Thanks: | 565 |
| Thanked 1,444 Times in 420 Posts | |
| Groan: | 0 |
| Groaned 0 Times in 0 Posts | |

> **Originally Posted by MaxwellSB**
> *I can't believe that was typed into a story. An admission of the unfair advantage.*

Just stating the obvious, kinda like the TCU coach.

Reply With Quote                    #3

---

03-10-2008

**LostLobo**
Wise Wolf

| | |
|---|---|
| Join Date: | Aug 2007 |
| Posts: | 703 |
| User ID: | 128 |
| Status: | *Offline* |
| Thanks: | 4 |
| Thanked 677 Times in 283 Posts | |

Still doesn't matter. I can't see any way that team wins three nights in a row.

Reply With Quote                    #4

| Groan: | Groaned 2 Times in 1 Post | 0 |
| --- | --- | --- |

Reply With Quote

03-10-2008                                                                #5

**badger77**
Pack Leader

| Join Date: | Aug 2007 |
| --- | --- |
| Posts: | 970 |
| User ID: | 7 |
| Status: | Offline |
| Thanks: | 566 |
| Thanked 1,444 Times in 420 Posts | |
| Groan: | 0 |
| Groaned 0 Times in 0 Posts | |

Hope so. I think they're gettin' tired just lickin' their chops.



Reply With Quote

03-10-2008                                                                #6

**Wolfen1**
Lobo Lair King

| Join Date: | Oct 2007 |
| --- | --- |
| Posts: | 2,343 |
| User ID: | 309 |
| Status: | Offline |
| Thanks: | 3,028 |

Maybe if he kept their "star" player out of the nightclubs,
they wouldn't have so much fatigue.

Kruger rejects Rebels' 'fatigue'



Thanked 4,449 Times in 1,129 Posts

Groan: 31

Groaned 5 Times in 2 Posts

+ Reply to Thread

« Previous Thread | Next Thread »

Quick Navigation    Afford Era    Top

Reply With Quote

**Thread Information**

There are currently 1 users browsing this thread. (0 members and 1 guests)

**Bookmarks**

- del.icio.us
- Digg
- StumbleUpon
- Google

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

-- x64 Default Style        -- English (US)        TLL.com Home Archive Top

All times are GMT -6. The time now is 12:03 PM.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Hacks por vBsoporte - vBulletin en Español

Page 6 of 6

http://ttsglobair.com/forum/showthread.php?412-Kruger-rejects-Rebels-fatigue&p=5077    4/5/2010

EXHIBIT 6

EXHIBIT 6

| Home | Awards | What's New? | Articles | Calendar | FAQ | Members | PMs | NCAA |
|---|---|---|---|---|---|---|---|---|

Community    Forum Actions    Quick Links    Forum

Advanced Search

+ Reply to Thread

Results 1 to 6 of 6

Thread: LVRJ Article – FORMER HOOSIERS STAR: Alford takes aim at Rebels again

**Thread Tools**    **Display**

02-02-2005

#1

**LoboBen**
3/7/9



| John Obee | Sep 2003 |
| Location: | |
| By Area: | |
| Rank: | #0 |
| User ID: | 245 |
| Status: | Offline |
| Thanks: | 1,799 |
| Thanked 292 Times in 271 Posts | |
| Gender: | 0 |

**LVRJ Article – FORMER HOOSIERS STAR: Alford takes aim at Rebels again**

Nazzaree from 1997 Final Four brings Lobos to town

With perfectly featured hair that topped of his choir-boy image, Steve Alford was admired during his playing days at Indiana for being one of the best, pure shooters in college basketball. As a coach at Iowa, it was no secret that he had fewer admirers. And it was not because his hairstyle changed.

So after a smartly successful run with the Hawkeyes -- but one that left Alford feeling unappreciated by a segment of the school's administration and fans -- he left for a warmer welcome in Albuquerque, N.M.

"When you're there eight years, some people can get tired of hearing your song and dance, and fans want a freshness just like coaches do," said Alford, who in March replaced Ritchie McKay at New Mexico.

"There has been a lot of enthusiasm over the change, and I appreciate that. The people in New Mexico love basketball. Hopefully the winning will come as we continue to build this thing."

Alford scored 33 points to lead Indiana to a 97-93 victory in the Final Four in New Orleans. Freddie Banks made 10 3-pointers and scored 38 points for top-ranked UNLV, but the Hoosiers advanced and defeated Syracuse to win the national championship.

All that matters now is the Rebels are in a first-place conference tie with Brigham Young, and Alford is trying to knock them off again.

UNLV, riding a 15-game home winning streak in the conference, has won nine of the past 10 games against New Mexico in Las Vegas.

Alford might even get a cool reception from the crowd.

The last time he saw the Rebels was on March 28, 1997, and he was shooting them down in the NCAA Tournament semifinals.

"For the first time in 21 games, we didn't match the intensity and effort level of our opponent," Alford said.

New Mexico is led by senior guard J.R. Giddens, maybe the most talented player in the Mountain West. Giddens was being disciplined by McKay and did not make the trip for last year's game at UNLV. But he scored 28 points off the bench in the rematch at Albuquerque, which the Rebels also won.

"He's very tough because he can do so many things," UNLV coach Lon Kruger said. "He can score outside, score inside, beat you off the dribble, and he's a very good offensive rebounder and good defender."

UNLV senior Corey Bailey will draw the assignment of trying to slow Giddens.

The Lobos will be just as concerned about containing Rebels junior guard Wink Adams, who has averaged 23.7 points in the past three games. He scored 27 points to lift UNLV to a 75-72 overtime victory over New Mexico last year at the Thomas & Mack.

The past three games between the teams were decided by a total of seven points, with the Rebels winning all three.

Under McKay, the Lobos finished 15-17 last year. Alford already has surprised that win total, and his predecessor could help make the Mountain West regret the parting.

"Anytime you add good coaches, that's positive for the league," said Kruger, who went 2-0 against Alford when Kruger was in his last year at Illinois and Alford was in his first year at Iowa.

"There's pretty good balance in the league. I think you're going to have tough battles every time you go on the road, and there is the potential for that at home, too."

In eight seasons at Iowa, Alford went 152-106 and had seven straight winning seasons. He won the Big Ten tournament twice.



But he also served under five school presidents and two athletic directors in eight years, and he said he was bothered by constant speculation that he wanted to leave for Indiana and follow in the footsteps of his former coach, Bob Knight, now at Texas Tech.

"That complicates things, and your recruiting gets to be difficult, too, because that gets used against you ... 'Don't go there because he's going to leave in a year,'" Alford said.

"Coach Knight called me on (New Mexico) and told me some positive things. When he left, and he went south. It kind of made it OK for me to go somewhere else."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or (702) 387-2907.

http://www.lvrj.com/sports/18513291.html

**02-02-2006**

micbo
Agile Vault

Cool Article! Thanks for posting!

The following 0 Users Say Thank You to Lobaslam For This Useful Post:

aloo, Cantshoot, lobo76, Lobowgrad, RedPinSea, Rook, rubbo, UNM Class of 1972, yoogehobo

**02-02-2006**

Rook
Administrator

Another reference to Knight saying alice things about UNM. I'm actually going to cheer the guy next time he comes to the Pit.





EXHIBIT 7

EXHIBIT 7



| Home | Awards | What's New? | Arcade | Calendar | FAQ | Members | PM's | NCAA |

Community    Forum Actions    Quick Links    Donate

Advanced Search

+ Reply to Thread

Thread: MWC FOBS: UNLV 72, SDSU 69

Thread Tools    Display

Results 1 to 3 of 3

**01-27-2008**                                                                 #1

**Bboo**
Let Them All Labor

MWC FOBS: UNLV 72, SDSU 69

Rebels' 3-pointer snaps tie, yields win at San Diego State

By MATT YOUMANS
REVIEW-JOURNAL

SAN DIEGO — Not every shot UNLV senior Curtis Terry takes is a thing of beauty. He threw up an air ball early in Saturday's game that was just plain ugly.

He was reminded of it, too, drawing loud taunts from fans every time the ball touched his hands.

So with the clock winding down and the game tied, Terry decided it was payback time. He rolled off a screen and made the winning 3-pointer with 26 seconds remaining, lifting the Rebels to a 72-69 victory over San Diego State.

"I was looking to take my shot when I had it," he said. "I don't want to sound cocky, but it felt good when I let it go."

Terry's shot took the air out of a season-high crowd of 9,131 at Cox Arena, and he made it in front of the Aztecs' student section that spent most of the day mocking him.

"I heard it," a smiling Terry said of the taunting. "I don't care, though."

UNLV improved to 15-4 and climbed into a first-place tie in the Mountain West Conference with Brigham Young at 4-1.

San Diego State (14-6, 4-2) had a chance to tie, but Kyle Spain's 3-point attempt hit the back of the rim with four seconds to go, and Marcus Lawrence secured the rebound for the Rebels.

"It was really a tough battle all the way," UNLV coach Lon Kruger said. "It was a hostile environment. I'm really proud of the effort."

After Spain made two free throws to tie the game at 69, Kruger called timeout with 38 seconds left and set up a play for guard Wink Adams.

Denied on a drive to the baseline by the Aztecs' Lorenzo Wade, Adams spun and fired a pass to Terry, who came free on the left wing after running off a screen by Rene Rougeau at the top of the key.

"I told Wink, 'The ball is yours.' Everybody knew he was getting the ball," Terry said. "He had a chance to take it to the hoop, but he got cut off, and I was able to step behind him and get an open look."

San Diego State's Richie Williams was short on a 3-pointer to tie it and fouled Terry on the rebound with 1.8 seconds to go. But Terry missed the free throw, allowing the Aztecs one more shot.

"Unfortunately I couldn't hit the free throw. We were just trying to add a little more drama," said Terry, who shot 3-for-7 from 3-point range and finished with 19 points.

Junior forward Joe Darger led the Rebels with 19 points and 10 rebounds.

"Curtis always does a good job of hitting big shots," Darger said. "Everybody on the team had their

moment and their time to shine."

Senior forward Corey Bailey stepped into the spotlight by scoring 15 points. Bailey shot 6-for-6 and made two 3-pointers.

"It was great for Corey," Kruger said. "He has been up and down in terms of production at times, but his attitude is great. He made some shots, got a couple big rebounds and always does a good job defensively."

Bailey was the primary defender on Wade, who entered as San Diego State's leading scorer with 15.4 points per game. Wade, a Cheyenne High School graduate, was held to eight points.

"Corey had the best game of his career," Terry said. "We knew that Wade was their key. Corey wanted to guard him and take on that challenge."

UNLV shot 25-for-50 from the field and 10-for-21 on 3-pointers.

Adams finished with 13 points and six assists. Roogeau had eight points, five rebounds and four blocked shots. Sophomore forward Matt Shaw came off the bench to produce seven points and six rebounds.

White returned with 6:23 remaining. Amoroso scored on an assist from White to pull San Diego State within 64-63 at the 2:38 mark.

Terry answered with a deep 3-pointer 19 seconds later. White tied the score at 67 on a layup with 1:55 left.

The Rebels had a 37-35 halftime lead and stretched it to 46-40 early in the second half.

"It's huge for us," Terry said. "We knew we had a chance to come in here and take over first place."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or (702) 387-2912.

UNLV 72, San Diego State 69

**UNLV (Min FG-A FT-A R A PF TP)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bailey | 28 6-6 1-2 3 0 4 15 |
| Darger | 30 6-11 4-4 10 0 4 19 |
| Adams | 38 5-13 2-2 6 2 13 |
| Roogeau | 32 3-5 2-3 5 4 2 8 |
| Terry | 29 3-6 1-3 3 3 4 10 |
| Shaw | 18 2-6 2-2 6 1 2 7 |
| Rutledge | 1 0-1 0-0 0 1 0 0 |
| Wallace | 12 0-0 0-0 1 3 1 0 |
| Lawrence | 12 0-0 0-1 3 1 0 |
| TOTALS | 200 25-50 12-16 33 17 21 72 |

Three-point goals—10-21 (Darger 3-5, Terry 3-7, Bailey 2-2, Adams 1-2, Wallace 0-1). Team rebounds—2. Blocked shots—4 (Roogeau 4). Turnovers—14 (Terry 4, Adams 3, Roogeau 2, Bailey 2, Lawrence, Wallace, Darger). Steals—3 (Roogeau 2, Wallace).

Field goals—50.0%. Free throws—75.0%.

**SDSU (Min FG-A FT-A R A PF TP)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Wade | 36 4-11 0-4 7 2 8 |
| White | 33 5-9 1-2 7 1 11 |
| Amoroso | 31 6-8 2-4 6 0 15 |
| Spain | 32 3-9 6-7 3 4 13 |
| Gay | 27 1-6 0-0 1 0 3 |
| Johnson | 2 0-1 0-0 0 0 0 |
| Williams | 23 4-9 1-1 3 1 4 10 |
| Thomas | 17 0-2 2-2 1 0 0 2 |
| Davis | 19 3-6 3-2 5 0 1 7 |
| TOTALS | 200 26-61 15-19 33 11 15 69 |

Three-point goals—4-20 (Amoroso 1-1, Williams 1-4, Spain 1-5, Gay 1-5, Wade 0-1, Thomas 0-1, Davis 0-3). Team rebounds—4. Blocked shots—1 (Thomas, Amoroso). Steals—0 (Spain 4, Gay 2, Thomas 2, White, Williams, Wade). Turnovers—9 (Williams, White, Amoroso). Steals—0 (Spain 4, Gay 2, Thomas 2, White, Williams, Wade).

A—9,131. Officials—Don Christman, Mike Littlewood, Mike Greenatano. Technical fouls—UNLV, None. San Diego State, None.

Field goals—42.6%. Free throws—77.2%.

UNLV 37 35 -- 72
San Diego State 35 34 -- 69



The Following Bear Says Thank You to Bigo For This Useful Post:

GoLobos

01-27-2008

**Bigo**
Le Them All de Lac

Streaking Rebels hit last 3-pointer to edge Aztecs

ASSOCIATED PRESS

4:35 p.m., January 26, 2008

SAN DIEGO – Joe Darger scored 19 points and Curtis Terry hit the go-ahead 3-pointer with 16.2 seconds left to lead Nevada-Las Vegas to a 72-69 win over San Diego State on Saturday.

UNLV (15-4, 4-1 Mountain West) won for eighth time in nine games and moved one-half game ahead of San Diego State into first place.

The Aztecs (14-6, 4-2 MWC) suffered consecutive losses for the first time in 34 games. San Diego State was coming off a 59-56 loss at Brigham Young on Wednesday.

Terry hit the deciding 3-pointer from the top of the key, his second 3-point shot in this final 2:18, to put the Runnin' Rebels ahead 72-69. Terry, who finished with 10 points, made a 3-pointer at the 2:18 mark to give UNLV a 67-63 lead.

San Diego State missed two 3-point attempts in the final 12.2 seconds.

UNLV led the entire game except for a 25-second span in the first half. But the game was close throughout with the Runnin' Rebels' biggest lead being nine points at 49. Montezuma into the second half, San Diego State twice tied the game in the final two minutes. The first time at 67-a it on Billy White's rebound basket of a missed free throw with 1:53 remaining. Kyle Spain hit two free throws to tie the score 69-69 with 45.5 seconds left.

Darger, who made three 3-point shots, also had a game-high 10 rebounds. Corey Bailey chipped in 15 points, making all six field-goal attempts.

Ryan Amoroso paced San Diego State with 15 points and Spain added 13.





**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

All times are GMT -6. The time now is 12:23 PM.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Hecho por vBulletin - vBulletin en Español

TLL.com Home Archive Top

EXHIBIT 8

EXHIBIT 8

MWC FOES: UNLV 70, BYU 41- the UNLV perspective                                    Page 1 of 8



| Home | Community | Forum Actions | Quick Links | Donate | | Awards | What's New? | Arcade | Calendar | FAQ | Members | PM's | NCAA |

Advanced Search

**↑ Forum   UNM   Alford Era   MWC FOES: UNLV 70, BYU 41- the UNLV perspective**

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

**+ Reply to Thread**                                                              Results 1 to 8 of 8

**Thread: MWC FOES: UNLV 70, BYU 41- the UNLV perspective**

Thread Tools     Display

---

01-16-2008                                                                         #1

*Bioc*

1st Team All-Lobo Lair

MWC FOES: UNLV 70, BYU 41- the UNLV perspective

MOUNTAIN WEST WHIPPING: Terry's hot hand lifts Rebels

Senior leads UNLV to easy win over BYU

By MATT YOUMANS
REVIEW-JOURNAL
UNLV Basketball - Men

UNLV -- 70
BRIGHAM YOUNG -- 41

KEY: Senior guard Curtis Terry made five 3-pointers and led the Rebels with 21 points, including 14 in the first half.

NEXT: Wyoming at UNLV, 7:30 p.m. Jan. 23, The men. (334), KBAD-AM (920).

UNLV Junior Rene Rougeau (24) shoots over Brigham Young's Trent Plaisted in the first half of the Rebels' 70-41 victory over the Cougars on Tuesday night. Rougeau had 15 points and seven rebounds.

With almost every flick of his right wrist, UNLV senior Curtis Terry lit up the scoreboard. And in no time at all, he turned out the lights on Brigham Young.

A meeting of two of the strongest teams in the Mountain West Conference turned one-sided in a hurry Tuesday night.

Terry made sure of that by scoring 14 of his 21 points in the first half as the Rebels rolled to a 70-41 victory over the Cougars before a crowd of 13,074 at the Thomas & Mack Center.

Less than three minutes into the game, Terry buried the first of his five 3-pointers, and that all but signaled the end for BYU.

"After I got the first one to go down, I was feeling in a rhythm," Terry said. "You can't explain it. I felt like wherever I let it go, it was going to go in, and I didn't have any hesitation about it."

Terry's third 3-pointer put UNLV up 19-5 with 11:10 left in the half. His fourth 3 stretched the Rebels' lead to 36-13 at the 4:04 mark.

He launched most of his shots from about 25 feet, and said afterward, "For me, it's just like a layup because I feel comfortable out there."

UNLV, which improved to 13-4 and 2-1 in the Mountain West, posted its largest margin of victory over BYU in 25 series meetings.

"I expected a really good effort," Rebels coach Lon Kruger said. "We played extremely hard and extremely smart."

Junior forward Rene Rougeau finished with 15 points, seven rebounds, three steals and three blocked shots for UNLV, which bounced back from Saturday's 12-point loss at Air Force.

"The message we sent was definitely saying that we're going to protect our home court," Rougeau

| Join Date: | Aug 2007 |
|---|---|
| Location: | Foster's Home for Imaginary Friends |
| Posts: | 5,590 |
| User ID: | 4 |
| Status: | Offline |
| Thanks: | 9,675 |
| Thanked 16,492 Times in 2,909 Posts |  |

My Mood:
Grans:     Grared 5 Times in 3 Posts
                    24

said.

The Rebels shot 10-for-25 from 3-point range, as Terry hit 5 of 8 and sophomore forward Matt Shaw was 2-for-4.

The Cougars (12-5, 1-1) were harassed into shooting 3-for-21 on 3-pointers and committed 19 turnovers with just five assists.

"Our defense dictated things," Terry said.

Trent Plaisted, BYU's 6-foot 11-inch center, was held to five points -- well below his average of 16.6 per game -- and shot 1-for-10 on free throws.

Plaisted was defended mostly by 6-7 Joe Darger, with Rougeau and Shaw jumping in to help.

"I thought I could hold my own against him," Darger said. "Plaisted is a great player and a very skilled big guy, but he just couldn't get it going tonight."

Darger had five points and four rebounds, but what he did defensively allowed the Rebels to defend the Cougars' perimeter shooters.

"Joe is a coach's dream," Kruger said. "He does whatever he has to do, and he was banging so much inside."

Jonathan Tavernari, a sophomore from Bishop Gorman High School, shot 1-for-9 and finished with three points. Tavernari struck the free blow of the game for BYU by hitting a 3-pointer from 25 feet, but the Rebels scored the next nine points, and Tavernari was no factor the rest of the game.

Freshman guard Kendall Wallace made a 3-pointer with seven minutes left in the half to extend UNLV's lead to 26-9.

Rougeau's steal and layup made the score 33-12 two minutes later. At that point, the Cougars had 10 turnovers and the Rebels held a 17-0 advantage in points off turnovers.

Lee Cummard scored 11 points for BYU, which was held to its lowest point total in the series against UNLV.

"We expected this game to be a lot more competitive," Cougars coach Dave Rose said. "They were just really physical."

What made the Rebels' dominance more impressive was that their leading scorer, junior guard Wink Adams, shot 0-for-5 from the field and had just five points.

But Terry picked up his scoring to propel the Rebels.

"For the most part, Curtis always shoots with a lot of confidence," Kruger said. "He made some shots that were deep."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or (702) 387-2907.

UNLV 70
Brigham Young 41

BYU Min M-A M-A O-T A PF PTS

| BYU | Min | M-A | M-A | O-T | A | PF | PTS |
|---|---|---|---|---|---|---|---|
| Tavernari | 26 | 1-9 | 0-1 | 3 0 | 2 | 3 | |
| Plaisted | 25 | 2-3 | 1-10 | 1-6 | 0 | 1 | 5 |
| Burgess | 23 | 0-5 | 2-2 | 0-4 | 2 | 3 | 2 |
| Murdock | 25 | 0-2 | 2-2 | 2 6 | | | |
| Cummard | 33 | 4-9 | 2-2 | 2-5 | 0 | 3 | 11 |
| Loyd | 8 | 0-1 | 0-0 | 0 | 1 | 2 | 0 |
| Rose | 3 | 1-1 | 0-0 | 1 | 0 | 2 | 2 |
| Martineau | 5 | 0-0 | 0-0 | 0-0 | 0 | 0 | 0 |
| Fredette | 10 | 1-2 | 0-0 | 0 | 2 | 3 | |
| Collinsworth | 18 | 0-3 | 0-0 | 1-11 | 0 | 0 | 0 |
| Miles | 17 | 4-7 | 1-4 | 0-1 | 0 | 1 | 9 |
| TOTALS | 200 | 15-45 | 8-20 | 6-35 | 5 | 20 | 41 |

Field goals--33.3%. Free throws--40%.

3-point Goals--3-21, .143 (Fredette 1-2, Cummard 1-4, Tavernari 1-5, Collinsworth 0-2, Murdock 0-3, Burgess 0-5). Team Rebounds--3. Blocked Shots--2 (Tavernari, Plaisted). Turnovers--19 (Cummard 4, Murdock 3, Tavernari 3, Collinsworth 2, Fredette 2, Burgess, Martineau, Loyd, Plaisted, Miles). Steals--3 (Tavernari 2, Murdock).

UNLV Min M-A M-A O-T A PF PTS

| UNLV | Min | M-A | M-A | O-T | A | PF | PTS |
|---|---|---|---|---|---|---|---|
| Bailey | 17 | 2-6 | 0-0 | 1-4 | 2 | 3 | 4 |
| Darger | 27 | 1-7 | 2-3 | 1-4 | 2 | 4 | 5 |
| Adams | 28 | 0-5 | 5-7 | 0-3 | 1 | 2 | 5 |
| Rougeau | 35 | 7-11 | 1-2 | 1-7 | 2 | 3 | 15 |
| Terry | 33 | 7-12 | 2-2 | 1-4 | 3 | 1 | 21 |
| Rutledge | 16 | 1-3 | 2-3 | 1-2 | 1 | 1 | 4 |
| Wallace | 12 | 2-4 | 0-0 | 1-1 | 1 | 0 | 5 |

Cage 0-0-0-0-0-0-0 0 0
Lawrence 15 1-21-2 0-3 1 0 4
Shaw 17 2-7 1-2 2-8 3 5 7

TOTALS 200 23-57 14-21 8-38 16 19 70

Field goals—40.4%. Free throws—66.7%.

3-point Goals—10-25, .400 (Terry 5-8, Shaw 2-4, Lawrence 1-1, Wallace 1-3, Darger 1-5, Bailey 0-1, Rutledge 0-1, Adams 0-2). Team Rebounds—2. Blocked Shots—3 (Rougeau 3). Turnovers—8 (Shaw 2, Terry 2, Lawrence, Rutledge, Rougeau, Bailey). Steals—9 (Rougeau 3, Adams 2, Rutledge 2, Shaw, Bailey).

A—13,074. Officials—Scott Thornley, Randy McCall, Tom O'Neill. Technical fouls—None.

Brigham Young 21 20 -- 41
UNLV 39 31 -- 70



Ready With Queca

01-16-2008    #2

Roob
Administrator

Join Date:   Aug 2007
Location:   Albuquerque
Posts:   11,235
User ID:   3
Status:   Online
Thanks:   8,295
Thanked 19,272 Times in 6,530 Posts
Groan:   3
Groaned 6 Times in 4 Posts

It could be worse for BYU. They could have blown an 18 pt lead in the 2nd half. They just suffered an old-fashioned whipping. Nothing more, nothing less. Lucky for them that they won't get a reputation for collapsing.

01-16-2008

Reply With Quote

**Bloo**

1st Team All-Lobo Lair



| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Cooter's Home in Imaginary Friend's |
| Posts: | 5,290 |
| User ID: | 4 |
| Status: | Offline |
| Thanks: | 9,643 |
| Thanked 10,463 Times in 2,509 Posts | |
| My Mood: | |
| Groan: | 24 |
| Groaned 5 Times in 3 Posts | |

**ED GRANEY: UNLV's fortunes tied to defense**

You knew it was going to be a good night for UNLV's basketball team Tuesday when Curtis Terry made his second 3-pointer. You knew it was going to be a long night when a defender ten feet away with his eyes open. You knew it was going to be a long night when half the officiating crew was hoping to be noticed by some of the 46 people watching on the mtn.

You knew this wasn't the UNLV that stumbled to a 1-1 start in Mountain West Conference play from the initial defensive stop, from the first time a Brigham Young guard tried to pass inside and instead saw nothing but harassing arms shielding his view.

Somewhere between being bounced by a small Air Force side in Colorado Springs, Colo., on Saturday and hosting the team most assume will rule the Mountain West this season, the Rebels remembered what earned them those 11 nonleague wins. UNLV won't beat anyone the next few months if it can't pressure the ball and contain penetration. It obviously can beat anyone in conference when it does.

This is a crazy part about basketball, that over a three-day stretch the same group of players can go from not being able to guard me off the dribble to waxing BYU 70-41 by completely taking a system-dictated offense out of anything it wants to do. BYU could barely make a second pass most first-half possessions, never mind run anything that might expose UNLV for its miniature self.

Part of it is youth with the Rebels. Part is adapting to new, more significant roles. A lot of it is focus and concentration and accepting the truth that each defensive possession should be valued like open road on Interstate 15.

UNLV didn't do any of it when escaping at Colorado State and losing at Air Force, but did Tuesday at the Thomas & Mack Center in a manner that was as surprising as it was impressive.

"This is not the typical BYU. We know that. We know what to expect when we go up there to play them. This kind of thing happens sometimes."

"I think going on the road (in conference) was a bit of an eye-opener for some of our guys," said Rebels coach Lon Kruger. "They learned you have to lock in with your focus even more. We weren't pleased with what we did Saturday, but credit Air Force. They kicked our tails."

Not often to this extent. This is BYU's worst loss in 25 games to UNLV and the fewest points the Cougars have managed in any of them. BYU can be a nightmare to defend in transition, but that is on nights it doesn't commit 19 turnovers or makes passing to a wing appear more difficult than advanced calculus.

Trent Plaisted is this league's leading interior player, but the BYU center was less a factor than Fred Thompson is with voters today. Plaisted, all 6 feet 11 inches and 245 pounds of him, finished with three shots in 23 minutes. He was 1-for-10 on free throws, more than confirming his reputation as being dreadful from the line.

Credit for helping Plaisted disappear is due smaller and yet more resilient players in UNLV's Joe Darger, Rene Rougeau and Matt Shaw, but what the Rebels were able to stop inside was a direct result of pressure outside. That's where BYU shot 3-for-21 on 3s, where it was overmatched the first 20 minutes at an astounding level.

"I don't want to say too much (about Plaisted), because we play them again and he's very, very good," Kruger said. "I'm really proud of the defensive effort. We played extremely hard and smart and won the battle for position."

The outcome might shock some if it wasn't the Mountain West, if it wasn't a league where San Diego State loses to Northern Colorado one day and wins at New Mexico another, where Colorado State nearly beats UNLV and then falls to something called Panhandle State, where RPIs and strength-of-schedule ratings are not topics for positive discussion, where BYU is now shown enough warts to believe the conference tournament here in March is winnable for several teams.

"You look at some of the scores and it's hard to understand what's going on in the league," Kruger said. "But that's going to be the nature of this race."

The longer his team remembers to defend, the longer it will remain part of it.

Ed Graney's column is published Sunday, Wednesday, Thursday and Saturday. He can be reached at 383-4618 or egraney@reviewjournal.com.



01-16-2008

Roob
Administrator

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Albuquerque |
| Posts: | 11,235 |
| User ID: | 3 |
| Status: | Offline |
| Thanks: | 8,295 |
| Thanked 19,272 Times in 6,530 Posts | |
| Groan: | 3 |
| Groaned 6 Times in 4 Posts | |

btw, did Air Force beat UNLV earlier this year???

Reply With Quote        #4

01-16-2008

Bloo

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Foster's Home for Imaginary Friends |

1st Team All-Lobo Law

Originally Posted by LoboRoob
btw, did Air Force beat UNLV earlier this year???

Yes, they did. It was in Colorado Springs.

Reply With Quote        #5



MWC FOES: UNLV 70, BYU 41- the UNLV perspective

01-16-2008

**BIloo**

1st Team All-Lobo Lair

| | |
|---|---|
| Posts: | 5,390 |
| User ID: | 4 |
| Status: | Offline |
| Thanked 10,493 Times in 2,309 Posts |
| Groan: | 24 |
| My Mood: | |
| Groaned 5 Times in 3 Posts |

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Fodder's Home for Imaginary Friends |
| Posts: | 5,390 |
| User ID: | 4 |
| Status: | Offline |
| Thanks: | 9,643 |
| Thanked 10,493 Times in 2,309 Posts |
| Groan: | 24 |
| My Mood: | |
| Groaned 5 Times in 3 Posts |

Reply With Quote

#6

BYU's Tavernari flops in return

Ex-Gael shut out after opening game with 3

By TODD DEWEY
REVIEW-JOURNAL
UNLV Basketball - Men
Jonathan Tavernari nailed a 3-pointer from the top of the circle to give Brigham Young a 3-0 lead over UNLV on Tuesday night, but it was all downhill from there for the Bishop Gorman High School graduate.

The 6-foot-6-inch sophomore sharpshooter from Brazil made 1 of 9 shots from the field and finished with a season-low three points for the Cougars, who were routed 70-41 at the Thomas & Mack Center, their most lopsided loss to the Rebels in 25 meetings.

"I personally hit a flat spot, and I couldn't hit a shot. It's really hard when one of your top three scorers goes (1 of 9)," said Tavernari, who entered third on the team in scoring (14.3 points) and rebounding (5.8). "I forced a lot of shots, but I've got to give the UNLV defense a lot of credit. They get up in your grill and make you make tough decisions and lose your focus."

Tavernari, whose previous season low was four points in a loss at Boise State, also had three rebounds, two steals and a block in 26 minutes, but said he needs to do more when his shot is off and has a "million things" that need improvement.

"I've got to be the kind of (player) that, if I'm not making my shots, I've got to help my team in other ways, and that's really a challenge for me right now," he said. "One thing I'm disappointed with myself is my mental toughness. I wasn't as mentally tough as I thought I was or had been before, and it really hurt us.

"The coaching staff, especially (head coach Dave Rose), count on me a lot, and I let him down big-time."

Rose said UNLV's pressure defense and physical play caused major problems for his team.

"They kind of sped him (Tavernari) up and got him out of the pace that he plays at," Rose said. "Jonathan's a real competitor, and a lot of times he tries to do things on his own and make up for when the team's having problems. Tonight it didn't work out for him."

For the most part, until Tuesday, it had worked out this season for Tavernari, who has made big strides since last year, when he averaged 6.5 points and 12.3 minutes per game en route to winning Mountain West Conference Freshman of the Year honors.

Tavernari, who has started 11 of 17 games this season and entered fourth in minutes played (26.3), leads the team in 3-pointers made (45) and attempted (125).

He came up big in games against No. 1 North Carolina and No. 6 Louisville, scoring 18 points in a loss to the Tar Heels, in which he tied a career-high with six 3-pointers, and pouring in a career-high 29 points in a win over the Cardinals.

Tavernari, who said he worked hard in the offseason to shed 15 pounds and 5 percent body fat, always has been able to shoot the ball, but Rose said he has added other facets to his game.

"Defensively, he's really focused in on trying to do a better job of guarding, and he's a much better defensive rebounder this year," Rose said. "Offensively, he's kind of expanded his offensive game, as far as his ability to post up and score inside."



MWC FOES: UNLV 70, BYU 41- the UNLV perspective

Contact reporter: Todd Dewey at tdewey@reviewjournal.com or (702) 383-0354.

Reply With Quota #7

01-16-2008

So are you going to grace us with another of your mondo game analyses for the AFA game?? AFA beats UNLV, UNLV beats BYU by roughly 30. I'm looking forward to your analysis.

01-16-2008

**Roob**
Administrator

| | |
|---|---|
| Join Date: | Aug 2007 |
| Location: | Albuquerque |
| Posts: | 12,235 |
| User ID: | 3 |
| Status: | Online |
| Thanks: | 8,235 |
| Thanked 19,272 Times in 6,530 Posts | |
| Grown: | 3 |
| Groaned 6 Times in 4 Posts | |

**Bloo**
1st Team All-Lobo Lair

> Originally Posted by LoboRoob
> So are you going to grace us with another of your mondo game analyses for the AFA game?? AFA beats UNLV, UNLV beats BYU by roughly 30. I'm looking forward to your analysis.

You mean my amazingly insightful analyses? Of course! ;)

Reply With Quota #8



+ Reply to Thread

Join Date: Aug 2007
Location: Foes's Home for Imaginary Friends
Posts: 5,390
User ID: 4
Status: Offline
Thanks: 9,643
Thanked 10,493 Times in 2,509 Posts
My Mood:
Group: 24
Groaned 5 Times in 3 Posts

« Previous Thread | Next Thread »

Quick Navigation    Afford Em?    Top

Reply With Quote

**Thread Information**
There are currently 1 users browsing this thread. (0 members and 1 guests)

**Bookmarks**
- del.icio.us
- Digg
- StumbleUpon
- Google

**Posting Permissions**
You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off
**Forum Rules**

-- vB4 Default Style    |    -- English (US)

All times are GMT -6. The time now is 12:05 PM.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Hacks por vBsource - vBulletin en Español

TLL.com Home Archive Top

EXHIBIT 9

EXHIBIT 9

# MWC FOES: UNLV never gets on track

Home | Forum Actions | Quick Links | Community | What's New? | Arcade | Calendar | FAQ | Members | Pics | NCAA

Advanced Search

**Forum** UNM  Altord Era  MWC FOES: UNLV never gets on track

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

+ Reply to Thread

**Thread: MWC FOES: UNLV never gets on track**

Results 1 to 2 of 2

Thread Tools | Display

---

01-13-2006

**Bloo**
Le Team #4 Lee Luv

Join Date: Aug 2007
Location: Poder's home for Imaginary Friends
Posts: 3,392
Rep Power: 
Thanks: 9,042
Thanked 10,493 Times in 2,509 Posts
Gender: 
My Mood: 
Groans: 3 Times in 3 Posts



## MWC FOES: UNLV never gets on track

Rebels struggle to gain altitude; Air Force soars

Anderson, Falcons leave UNLV flat-footed

By MATT YOUMANS
REVIEW-JOURNAL
UNLV Basketball - Men

AIR FORCE -- 53
UNLV -- 65

NEXT: Tim Anderson scored 27 points for the Falcons, who shot 62 percent from the field.

AIR FORCE ACADEMY, Colo. -- Air Force senior Tim Anderson is not an NBA prospect by any stretch, but against a sleepy UNLV defense, he looked like the next Steve Nash.

Anderson scored 23 of his 27 points in the second half Saturday to lift the Falcons to a surprisingly easy 65-53 victory over the Rebels.

"Anderson is a great competitor," UNLV coach Lon Kruger said. "He really made some big plays."

Kruger had no compliments for his own team. After the Rebels' sloth straight loss at Clune Arena, they walked away embarrassed by an all-around poor effort.

UNLV trailed by as many as 17 points and dropped to 12-4 overall, 1-1 in the Mountain West Conference.

Anderson, a 6-foot-3-inch guard, shot 8-for-9 as Air Force hit 62 percent (21-for-34) from the field. "You can't be happy with that," Kruger said. "They had their way with pretty much anything they wanted to do offensively."

Curtis Terry scored 12 points and Wink Adams 11 to lead the Rebels, who played tentatively on the offensive end and were missing their usual defensive intensity.

The Falcons (9-6, 1-1) used a late 14-4 run to take a 32-25 halftime lead.

Anderson's 3-pointer with 11:15 left in the game ignited an 11-2 spurt that put Air Force up 54-37. Anderson scored eight of his team's 11 points.

"We're very disappointed," Terry said. "We didn't come out and have a lot of energy, enthusiasm and excitement about this game.

"We played lackadaisical somewhat. Our focus and intensity just wasn't there."

Terry and Adams combined to shoot 7-for-27. Adams hit 3 of 14 shots, including 1 of 9 3-pointers, after making his first 3-point attempt of the game.

UNLV was unable to penetrate the Falcons' 2-3 zone defense.

"I hit the first 3 and I thought I was going to have a good night," Adams said.

"They played a zone, and we didn't know it was going to be that extended. They had us starting our offense so far out, we couldn't really get to the paint. We were running our offense from 5 to 10 feet behind the 3-point line."

The Rebels shot 3-for-10 and had seven turnovers in the first 10 minutes. Rene Rougeau's steal and layup pulled UNLV to within 18-16, but Air Force answered that brief rally and led the rest of the way.

"I thought we opened up very jittery and anxious and a little bit frantic," Kruger said. "They just competed harder, and we certainly aren't a team that can allow that to happen and expect to come out on top."

Rougeau finished with five points, seven rebounds and five steals. Corey Bailey had nine points and six rebounds. Those two combined to produce one of the Rebels' few highlights.

Five minutes into the second half, Rougeau missed a short baseline jumper and Bailey flew through the lane for a one-handed slam.

Anderson made a 3-pointer on the next possession to thrill the crowd of 5,146 at Clune Arena, where the Falcons are 64-3 since the beginning of the 2005-06 season.

Anderson also made 9 of 12 free throws.

Kruger said UNLV must "bounce back very quickly" before facing Brigham Young on Tuesday at the Thomas & Mack Center.

"If we can't get up for that game ... then I don't know what it's going to take to get us going," Terry said.

Air Force 65

UNLV 53

| | | FG | A | FT-A | R | A | PF | TP |
|---|---|---|---|---|---|---|---|---|
| UNLV | No. | | | | | | | |
| Bailey | 24 | 3-5 | 2-2 | 6 | 1 | 3 | 9 | |
| Darger | 25 | 2-5 | 4-4 | 2 | 1 | 5 | 9 | |
| Adams | 34 | 3-14 | 4-4 | 5 | 0 | 1 | 11 | |
| Rougeau | 32 | 2-4 | 1-2 | 7 | 1 | 4 | 5 | |
| Terry | 38 | 4-13 | 1-2 | 1 | 4 | 4 | 12 | |
| Rutledge | 11 | 1-2 | 0-0 | 2 | 0 | 1 | 3 | |
| Wallace | 2 | 0-0 | 0-0 | 0 | 0 | 1 | 0 | |
| Lawrence | 21 | 0-1 | 0-0 | 0 | 1 | 2 | 0 | |
| Shaw | 13 | 2-3 | 0-0 | 1 | 0 | 2 | 4 | |
| TOTALS | 200 | 17-47 | 12-14 | 26 | 8 | 23 | 53 | |

Field goals—36.2%. Free throws—85.7%.

Three-point goals—7-24 (Terry 3-9, Bailey 1-1, Rutledge 1-2, Darger 1-2, Adams 1-3, Lawrence 0-1). Team rebounds—2. Blocked shots—None. Turnovers—14 (Adams 4, Bailey 2, Terry 2, Rutledge 2, Shaw, Darger, Rougeau). Steals—5 (Rougeau 5).

AIR FORCE

| | | FG | A | FT-A | R | A | PF | TP |
|---|---|---|---|---|---|---|---|---|
| Holland | 20 | 2-2 | 0-0 | 3 | 1 | 1 | 6 | |
| Johnson | 24 | 2-2 | 0-1 | 3 | 4 | 3 | 4 | |
| Maren | 29 | 4-8 | 0-2 | 6 | 4 | 4 | 9 | |
| Anderson | 33 | 8-9 | 9-12 | 1 | 0 | 2 | 27 | |
| Washington | 38 | 2-4 | 1-2 | 3 | 0 | 3 | 7 | |
| Henke | 32 | 1-6 | 3-4 | 5 | 3 | 0 | 6 | |
| El-Amin | 6 | 0-0 | 0-0 | 0 | 0 | 0 | 0 | |
| Hood | 13 | 1-1 | 1-2 | 0 | 0 | 3 | 4 | |
| Brooks | 0 | 0-0 | 0-0 | 0 | 0 | 0 | 0 | |
| Kenzik | 11 | 1-2 | 0-1 | 2 | 1 | 1 | 2 | |
| TOTALS | 202 | 21-34 | 14-24 | 24 | 15 | 17 | 65 | |

Field goals—61.8%. Free throws—58.3%.

Three-point goals—9-19, 474 (Holland 2-2, Anderson 2-3, Washington 2-3, Hood 1-1, Maren 1-4, Brooks 1-5, Kenta 0-1). Team rebounds—1. Blocked shots—2 (Maren, Anderson). Turnovers—16 (Washington 4, Brooks 3, Johnson 3, Hood 2, Maren 2, Anderson, Brooks). Steals—5 (Anderson 2, Renta, Washington, Maren).

A—5,146. Officials—Jim Stupin, Bobby Vasloracter, K.C. Ely. Technical fouls—None.

UNLV 25 28 — 53

Air Force 32 33 — 65



Daily With Quote

The Following 3 Users Say Thank You to Bloo For This Useful Post:
Kent, Brockman, Los Lobos, UWtan

01-13-2006                                                                                    #2

1st Team All-Lobo Lair

*Bloo*

**COLORADO SPRINGS GAZETTE: More confident Falcons speed UNLV**

Air Force upends UNLV in men's basketball

BY JAKE SCHALLER
THE GAZETTE
January 12, 2006 - 10:05PM

Air Force guard Tim Anderson's actions always have spoken louder than his words. In the second half of the Falcons' 65-53 win over UNLV on Saturday, the soft-spoken senior's actions were heard at deafening decibels.

Anderson scored 21 of his game-high 27 points after halftime, including 14 in a row during an 8-minute, 32-second span. He also connected a lay-up while being fouled with 1:37 remaining to sustain a brief UNLV rally.

"He's a great competitor," said UNLV coach Lon Kruger, whose team led its five-game winning streak snapped and fell to 12-4 and 1-1 in the Mountain West Conference. "I thought throughout the game, but especially during that stretch, he really made some big plays and finished some plays and increased the margin."

With the victory, in front of an announced crowd of 5,146 at Clune Arena, Air Force snapped a two-game losing streak and improved to 9-6, including 1-1 in the league. And coming off last week's 22-point loss to Utah, the Falcons also gained some much-needed momentum heading into a week in which they'll play at two of the toughest venues in the conference — Wyoming's Arena-Auditorium and The Pit at New Mexico.

"Our kids lost some confidence this week," coach Jeff Reynolds said. "Hopefully this win will give them some confidence."

Playing on a home floor where they are now 54-3 since the start of the 2003-04 season, the Falcons looked more confident Saturday. A week after making only 11 of 25 shots — including just 3 of 18 in the second half — against Utah, they made 21 of 34 (a season-best 61.8 percent) against a UNLV team that held its first 15 opponents to 38.9 percent. Six Falcons hit 3-pointers, and Air Force shot 9



On Date:        Aug 2007
Location:       Foster's Home for
                Imaginary Friends
Poster:         9,300
User Id:        6
Status:         offline
Thanks:         1045
Thanked 10,469 Times in 1,996 Posts

My Mood:
Eros:           24
Gunned 5 Times in 5 Posts

of 19 from beyond the arc.

Anderson led the way. After failing to hit the rim on his first shot, he did not miss a field goal attempt and finished 8 of 9 from the floor. He knocked down a pair of 3-pointers, was perfect on mid-range jumpers and showed off his athleticism with twisting, leaning drives to the hoop.

He made a pair of free throws less than 3 minutes into the second half to give Air Force a 39-27 advantage, then scored the team's next 12 points, including two 3-pointers and an off-balance lefty layup that led to a three-point play.

"The shots were there," Anderson said. "It wasn't like we were calling certain plays or I was trying to force it. They came to me."

Anderson credited the play of his teammates for helping open things up for him. Air Force shot 11 of 19 in the first half, with senior Kevin Waters scoring nine points and junior Matt Holland and freshman Evan Washington both hitting a pair of 3-pointers.

"I didn't get it started," Anderson said. "First half these guys were stepping up, hitting big shots."

In addition to scoring, Anderson directed traffic on offense and helped lead a defensive effort that harassed UNLV into a dreadful 34.2 percent shooting performance.

"If we can play defense like we did today and shoot the ball with some consistency, I think we can be very good, particularly at home," Reynolds said.



‹ Previous Thread | Next Thread ›

Quick Navigation   [Attend Era]   [Top]

The Following 2 Users Say Thank You to Bloco For This Useful Post:
Kent, Brockman!, UNVFan
+ Reply to Thread

Reply With Quote

**Thread Information**

There are currently 1 users browsing this thread. (0 members and 1 guests)

**Bookmarks**

🌐 del.icio.us
📊 Digg
⭐ StumbleUpon
🔖 Google

**Posting Permissions**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

MWC FOES: UNLV never gets on track

TLL.com Home Archive Top

Page 5 of 5

All times are GMT -4. The time now is 12:38 PM.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Search Engine Friendly URLs - vBSEO en Español

EXHIBIT 10

EXHIBIT 10



| Home | Amesle | What's New? | Arcade | Calendar | FAQ | Members | PMs | NCAAJ |

Community    Forum Actions    Quick Links    Distros    Advanced Search

Forum    UNM    Aford Era    MWC FOES: UNLV @ AFA

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Thread: MWC FOES: UNLV @ AFA

+ Reply to Thread

Results 1 to 1 of 1

Thread: MWC FOES: UNLV @ AFA    Thread Tools    Display

01-13-2008

MWC FOES: UNLV @ AFA
Could UNLV's MWC slant be any easier?

ROCKY VENUE: Terry must be Rebels' strong point

Senior's role critical as UNLV tries to end Clune skid

By MATT YOUMANS
REVIEW-JOURNAL
UNLV Basketball - Men

GAME DAY

UNLV VS. AIR FORCE

WHEN: 3 p.m. today

WHERE: Clune Arena, Colorado Springs, Colo.

RADIO: KBAD-AM (920)

LINE: UNLV -6; total 118 COLORADO SPRINGS, Colo. -- An experienced point guard might be the most important ingredient to winning on the road in college basketball, and UNLV has one in senior Curtis Terry.

When the crowd noise cranks up the pressure and the home team heightens its intensity, it's Terry's job to remain calm. If he does, everything can fall apart.

"Not every player thrives in a hostile environment. Terry must excel in those situations for the Rebels to be successful.

"I think it's a lot more fun to know everybody's cheering against you," he said. "It's definitely a different experience. Some people shy away from it. I don't shy away from that. I like to take a big shot.

"If I let it get to me and affect my psyche, then I think we'll struggle."

Terry and his teammates return to one of the Mountain West Conference's toughest venues at 3 p.m. today, when UNLV (12-3, 1-0) plays Air Force (8-6, 0-1) at 5,858-seat Clune Arena.

The Rebels have lost five consecutive games at Clune, which sits at the base of the Rocky Mountains. The air is usually chilly inside the tiny arena, which is attached to a hockey rink.

A senior point guard, Kevin Kruger, also led UNLV into Clune last January, but the result was a 56-50 defeat. The Rebels shot 1-for-18 from 3-point range, with Kruger making the one with 1:55 left in the game.

UNLV's top three scorers this season -- junior guard Wink Adams, senior forward Joe Darger and Terry -- combined to shoot 3-for-15 in last year's road loss to the Falcons. Terry went scoreless and missed all four of his 3-pointers.

"That was just an off day. I don't think it's a tough shooting gym," Terry said. "I just think we hit a

bad streak and couldn't get anything to drop. But hopefully we'll be short the ball a lot better this time."

Since the beginning of the 2003-04 season, Air Force is 63-3 at home. It is 7-1 at home this season, losing to Colorado 59-50 on Nov. 29.

But the Falcons' talent level has dropped significantly this season. First-year coach Jeff Reynolds, an Air Force assistant the past two seasons, inherited one returning starter in senior guard Tim Anderson.

The Rebels, 4-4 in Mountain West road games last year, are 3-1 on the road this season. They opened conference play last Saturday with a nail-biting 65-62 victory at Colorado State.

It was not an impressive victory, especially considering the Rams lost at home to Division II Oklahoma Panhandle State on Tuesday.

Terry rescued UNLV by hitting 6 of 13 3-pointers and scoring 18 points. He was on the floor for 38 minutes and had five assists and no turnovers.

"If I would have bogged down and let everything get to me, I think we would have been in trouble," Terry said.

He showed the value of a senior point guard, even if the 6-foot-5-inch Terry is more of a shooting guard running the point out of necessity.

"Always when you go on the road, you need your leadership to step forward and give maturity and give direction," Rebels coach Lon Kruger said. "In a game like this, that's huge.

"I think Curtis has stepped forward. He has shot the ball well, and he has given us good direction."

Terry, averaging 11.2 points, leads UNLV in assists (63), turnovers (31) and 3-pointers (32). His responsibilities in road games are magnified -- he needs to make big shots while operating the offense aggressively and without error.

In Kruger's four seasons, Terry has played in all 111 games, with 49 starts. So he is suited for the job.

"It's hard to get out on the road and get a win, especially if you get behind and the crowd gets into it. But you can't play at home games," Terry said.

"If things aren't going your way, the other team is making a run, you can't get anything going and it seems like everything is against you ... I think some people might get tired. But I bring the ball up and I'm controlling the tempo and rushing what Coach calls.

"We can't have guys getting down on themselves if they make a bad play. At home, if you make a bad play, the crowd is still behind you. On the road, one bad play can change the tempo of the game and the atmosphere completely. You've got to fight through it."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or on (702) 387-2907.



The Following 3 Users Say Thank You to Bleo For This Useful Post:

Cheeks, Gardenwolf, Kcat, Brockman

+ Reply to Thread

« Previous Thread | Next Thread »

**Thread Information**

There are currently 1 users browsing this thread. (0 members and 1 guests)

**Bookmarks**

- del.icio.us
- Digg
- StumbleUpon
- Google

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules



-- vB4 Default Style ☐ | -- English (US) ☐

All times are GMT -5. The time now is 12:39 PM.

Powered by vBulletin®
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
hafas por vBbicome - vBulletin en Español

TLL.com Home Archive Top

EXHIBIT 11

EXHIBIT 11

reviewjournal.com -- Search

LAS VEGAS
REVIEW-JOURNAL
reviewjournal.com

March 3, 2010
Copyright © Las Vegas Review-Journal

# Alford fights Mountain West curse

Ed Graney

If you polled media that covers **Mountain West** Conference basketball on a daily basis about which coach would be the one to lob an obscenity at an opposing player during a postgame handshake, New Mexico's Steve **Alford** might be a unanimous choice.

Well, maybe Air Force's Jeff Reynolds, but he probably would be cursing at one of his players, the one who didn't rebound, which means he would be cursing at most of them.

Well, maybe Utah's Jim Boylen, but his indiscretion probably would be muttered to himself, which might be followed by a complete breakdown, which would create one of those uncomfortable moments for anyone around but not necessarily draw attention from the league office.

Nope. **Alford** is the one.

You might not like that side of him. Many don't.

You might think him at times a whiner. Many do.

There is merit to all that — just watch the YouTube clip of **Alford** after Saturday's game at Brigham Young.

You need to realize, however, he has done as terrific a job coaching this season as anyone else nationally. Maybe the best job.

New Mexico on March 14 has a chance to be the best case study since Plato tossed out that idea about ethical knowledge being closely linked to mathematics. The Lobos today have an NCAA Tournament resume that, if owned by a team from one of the Bowl Championship Series conferences, would have them all but ensured a No. 2 seed come Selection Sunday.

But history tells us even the best **Mountain West** teams must annually scratch and **fight** and claw and pray to be smiled favorably upon by the selection committee. If the Lobos win out and claim the regular-season and conference tournament titles and are not placed as high as a No. 2, their fans should be disappointed but hardly shocked.

In a smaller manner, postseason awards on a conference and national level now being strongly considered should also include much talk of the Lobos.

That he received a public reprimand for his actions and language toward BYU senior Jonathan Tavernari after New Mexico's win in Provo doesn't lessen the impact **Alford** has made in directing the Lobos to a 27-3 record and No. 8 ranking.

If his team beats visiting Texas Christian tonight and finishes alone in first place, **Alford** being named Coach of the Year in the **Mountain West** should be more foregone conclusion than UNLV being a double-digit favorite against Wyoming on Saturday.

**Alford** also should be considered for the honor on a national level. If all things were even, and they aren't, he would be among no more than three seriously considered.

He has taken a team picked fifth in a top-seven RPI league to within one victory of an outright title, a stretch that includes 13 straight wins, seven coming on the road.

The Lobos are 6-0 against ranked teams and own an RPI of 7 against a top-50 schedule.

**Alford** has had good fortune, particularly a team so healthy that it has started the same lineup for 30 games. That doesn't happen often nowadays. It's incredibly important.

"One of the best teams in the country," TCU coach Jim Christian said. "A great team, deserving of all the accolades they're getting. Who do you help off of? You can't leave anybody alone. They can all make plays for themselves or someone else. The components are put together so well, it's hard to say, 'OK, we're going to lock in and take this guy out.'"

That's not all coaching, but it's a big part.

**Alford** is a lot of attitude, some productive, some annoying, but he obviously arrived in Albuquerque with the correct blueprint on how to quickly turn around what was a 15-17 team going nowhere. His players constantly talk about buying into a disciplined approach, which is made easier when you win so much.

He is probably not going to win national Coach of the Year — Jim Boeheim of Syracuse seems a front-runner difficult to catch today from the country's best conference in the Big East — but should be a major part of the discussion.

**Alford** looked a bit of a loon Saturday, walking back toward a college player and offering a choice word with cameras from a nationally televised game still rolling.

He deserved the reprimand because, tough as it is to believe sometimes, coaches are supposed to act the bigger person in such times.

But you can't in any way discount the job he has done.

"A special year," he said. "You have to be a little lucky, but we've created a bit of that luck also. To do what we have done, you have to be pretty good."

That's not all coaching, but it's a big part.

Las Vegas Review-Journal sports columnist Ed Graney can be reached at egraney@reviewjournal.com or 702-383-4618.

http://nl.newsbank.com/nl-search/we/Archives?p_action=print

EXHIBIT 12

EXHIBIT 12

Type of Work: Text

Registration Number / Date:
  TX0007122482 / 2010-04-05

Application Title: Alford fights Mountain West curse.

Title: Alford fights Mountain West curse.

Appears in: reviewjournal.com

Description: Print material, 2p.

Copyright Claimant:
  Righthaven LLC, Transfer: By written agreement.

Date of Creation: 2010

Date of Publication:
  2010-03-03

Nation of First Publication:
  United States

Authorship on Application:
  Stephens Media LLC, employer for hire; Domicile: United
  States; Citizenship: United States. Authorship: text.

Rights and Permissions:
  Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
  Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
  States, (702) 527-5900, dbrownell@righthaven.com

Names:
  Stephens Media LLC
  Righthaven LLC

EXHIBIT 13

EXHIBIT 13

LVRJ ED GRANEY: Alford fights Mountain West curse



| Home | Awards | What's New? | Arcade | Calendar | FAQ | Members | PMs | NCAA |

| Community | UNM | Alford Era | LVRJ ED GRANEY: Alford fights Mountain West curse |

| Forum | UNM | Alford Era | LVRJ ED GRANEY: Alford fights Mountain West curse |

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

+ Reply to Thread

**Thread: LVRJ ED GRANEY: Alford fights Mountain West curse**

Results 1 to 8 of 8

| | |
|---|---|
| | Thread Tools   Display |

2 Weeks Ago

#1

**damianshorns**
Pup

| Join Date: | Aug 2007 |
| Posts: | 78 |
| User ID: | 119 |
| Status: | Offline |
| Thanks: | 560 |
| Thanked 531 Times in 69 Posts |

| Groan: | 0 |
| Groaned 1 Time in 1 Post |

**LVRJ ED GRANEY: Alford fights Mountain West curse**

ED GRANEY: Alford fights Mountain West curse
ED GRANEY
MORE COLUMNS

KENNY CROOKSTON/THE ASSOCIATED PRESS

New Mexico coach Steve Alford was publicly reprimanded for yelling a vulgarity at Brigham Young player Jonathan Tavernari after Saturday's game in Provo, Utah, but that doesn't diminish the job he has done in directing the MWC-leading Lobos to a 27-3 record and a No. 8 ranking.

UNLV Basketball - Men

Alford yelling vulgarity on YouTube

If you polled media that covers Mountain West Conference basketball on a daily basis about which coach would be the one to lob an obscenity at an opposing player during a postgame handshake, New Mexico's Steve Alford might be a unanimous choice.

Well, maybe Air Force's Jeff Reynolds, but he probably would be cursing at one of his players, the one who didn't rebound, which means he would be cursing at most of them.

Well, maybe Utah's Jim Boylen, but his indiscretion probably would be muttered to himself, which might be followed by a complete breakdown, which would create one of those uncomfortable moments for anyone around but not necessarily draw attention from the league office.

Nope. Alford is the one.

You might not like that side of him. Many don't.

You might think him at times a winner. Many do.

There is merit to all that -- just watch the YouTube clip of Alford after Saturday's game at Brigham Young.

You need to realize, however, he has done as terrific a job coaching this season as anyone else nationally. Maybe the best job.

New Mexico on March 14 has a chance to be the best case study since Plato tossed out that idea about ethical knowledge being closely linked to mathematics. The Lobos today have an NCAA Tournament resume that, if owned by a team from one of the Bowl Championship Series conferences, would have them all but ensured a No. 2 seed come Selection Sunday.

But history tells us even the best Mountain West teams must annually scratch and fight and claw and pray to be smiled favorably upon by the selection committee. If the Lobos win out and claim the regular-season and conference tournament titles and are not placed as high as a No. 2, their fans should be disappointed but hardly shocked.

In a smaller manner, postseason awards on a conference and national level now being strongly considered should also include much talk of the Lobos.

That he received a public reprimand for his actions and language toward BYU senior Jonathan Tavernari after New Mexico's win in Provo doesn't lessen the impact Alford has made in directing the Lobos to a 27-3 record and No. 9 ranking.

If his team beats visiting Texas Christian tonight and finishes alone in first place, Alford being named Coach of the Year in the Mountain West should be more foregone conclusion than UNLV being a double-digit favorite against Wyoming on Saturday.

Alford also should be considered for the honor on a national level. If all things were even, and they aren't, he would be among no more than three seriously considered.

He has taken a team picked fifth in a top-seven RPI league to within one victory of an outright title, a stretch that includes 13 straight wins, seven coming on the road.

The Lobos are 6-0 against ranked teams and own an RPI of 7 against a top-50 schedule.

Alford has had good fortune, particularly a team so healthy that it has started the same lineup for 30 games. That doesn't happen often nowadays. It's incredibly important.

"One of the best teams in the country," TCU coach Jim Christian said. "A great team, deserving of all the accolades they're getting. Who do you help off of? You can't leave anybody alone. They can all make plays for themselves or someone else. The components are put together so well, it's hard to say, 'OK, we're going to lock in and take this guy out.'"

That's not all coaching, but it's a big part.

Alford is a lot of attitude, some productive, some annoying, but he obviously arrived in Albuquerque with the correct blueprint on how to quickly turn around what was a 15-17 team going nowhere. His players constantly talk about buying into a disciplined approach, which is made easier when you win so much.

He is probably not going to win national Coach of the Year -- Jim Boeheim of Syracuse seems a front-runner that to catch today from the country's best conference in the Big East -- but should be a major part of the discussion.

Alford looked a bit of a loon Saturday, walking back toward a college player and offering a choice word with cameras from a nationally televised game still rolling.

He deserved the reprimand because, tough as it is to believe sometimes, coaches are supposed to act the bigger person in such times.

But you can't in any way discount the job he has done.

"A special year," he said. "You have to be a little lucky, but we've created a bit of that luck also. To do what we have done, you have to be pretty good."

That's not all coaching, but it's a big part.

Las Vegas Review-Journal sports columnist Ed Graney can be reached at egraney@reviewjournal.com or 702-383-4618.

Reply With Quote

---

2 Weeks Ago                                                                                          #2



**burquesid**
Alpha Lobo

| | |
|---|---|
| Join Date: | Dec 2009 |
| Location: | Los Fe |
| Posts: | 1,322 |
| User ID: | 1734 |
| Status: | Offline |
| Thanks: | 2,129 |
| Thanked 1,159 Times in 648 Posts | |
| My Mood: | [icon] |
| Groan: | 15 |
| Groaned 0 Times in 0 Posts | |

Great article. Graney is by far the best beat writer in the MWC.

The Following 19 Users Say Thank You to damianstorms For This Useful Post:
Zinchver4, 808Lobo, allometry, BeRealist, catherine, dcrowley, Digital Lobo, GoLobos, growe785, idfwu, LDOakaLJT, LoboColo, Lobodawg92, Lobobogo, Loboc_J, MRLobo, ThreePointShot, ton3i9oc, txlobo95

LVRJ ED GRANEY: Alford fights Mountain West curse



2 Weeks Ago

**Lobodawg92**
The Lobo Lair Chosen

| | |
|---|---|
| Join Date: | Aug 2007 |
| Posts: | 3,561 |
| User ID: | 12 |
| Status: | Offline |
| Thanks: | 18,669 |
| Thanked 5,731 Times in 2,087 Posts | |
| Groan: | 2 |
| Groaned 0 Times in 0 Posts | |

Nice!

Go Lobos! Go Lauren! Go Ro! Go Wright!

Let's play some foosball. Being in the waterboy and let's win this thang!

Reply With Quote   #3

2 Weeks Ago

**BoRealist**
Pack Leader

| | |
|---|---|
| Join Date: | Jul 2009 |
| Location: | ABQ |
| Posts: | 829 |
| User ID: | 1282 |
| Status: | Offline |
| Thanks: | 1,786 |
| Thanked 2,446 Times in 629 Posts | |
| Groan: | 4 |
| Groaned 1 Time in 1 Post | |

Wow, a really really good article. I think he captured my feelings on the Alford v JT situation to a T and still made one of the best arguements for coach Alford I've seen. Nice read, thanks.

Reply With Quote   #4

2 Weeks Ago

**The Following 6 Users Say Thank You to BoRealist For This Useful Post:**
808LOBO, damianshorns, lndrwellings3, LIDOakaLJT, LoboColo, wolf1960

Reply With Quote

2 Weeks Ago   #5



So. You guys like the fact that there was no mention of what preceeded SA's comment?

**Ltf**
Lobo Law Legend

| Join Date: | Jan 2009 |
| Location: | Albuquerque |
| Posts: | 1,540 |
| User ID: | 943 |
| Status: | Online |
| Thanks: | 1,661 |
| Thanked 1,275 Times in 588 Posts. | |

My Mood:
Groan:    5
Groaned 0 Times in 0 Posts

Reply With Quote

The Following 2 Users Say Thank You to Ltf For This Useful Post:
catherine, Palobo

2 Weeks Ago                                                                 #6

**burquesid**
Alpha Lobo

> Originally Posted by **Ltf**
> So. You guys like the fact that there was no mention of what preceeded SA's comment?

It really shouldn't have mattered what happened before the incident. He should have been above it.

| Join Date: | Dec 2009 |
| Location: | Los Pa |
| Posts: | 1,322 |
| User ID: | 1714 |
| Status: | Online |
| Thanks: | 2,129 |
| Thanked 1,559 Times in 648 Posts | |

My Mood:
Groan:    15
Groaned 0 Times in 0 Posts.

Reply With Quote

The Following 3 Users Say Thank You to burquesid For This Useful Post:
BoRealist, indwelling03, txlobo95

2 Weeks Ago                                                                 #7

**UNMfan**
Lobo Law Legend

A bit of a whiner?
What, about the location of the conference tourney?
Up yours Vegas...

Join Date: | Sep 2007
Location: | Albuquerque
Posts: | 1,630
User ID: | 270
Status: | *Offline*
Thanks: | 871
Thanked 1,293 Times in 515 Posts
Groan: | 6
Groaned 1 Time in 1 Post

2 Weeks Ago | #8

**The Following User Says Thank You to UNMfan For This Useful Post:**

UnolocoLobo | Reply with Quote

---

**BoRealist**
Pack Leader

> **Originally Posted by burquseldi**
> *It really shouldn't have mattered what happened before the incident. He should have been above it.*

Absolutely correct. It doesn't matter if Tavenari started the whole thing or not. A coach can not get into it with a player. Justified or not the coach will be the one who gets killed over it. It's not the end of the world.

Join Date: | Jul 2009
Location: | ABQ
Posts: | 829
User ID: | 132
Status: | *Offline*
Thanks: | 1,785
Thanked 2,445 Times in 629 Posts
Groan: | 4
Groaned 1 Time in 1 Post

[logged out]

**The Following 2 Users Say Thank You to BoRealist For This Useful Post:**

burqueseld, Indwelling3 | Reply with Quote

+ Reply to Thread

« Previous Thread | Next Thread »

Quick Navigation | Afford Era | Top

---

**Thread Information**

There are currently 1 users browsing this thread. (0 members and 1 guests)

Similar Threads

Replies: 3



By power3rd in forum Alford Era
Replies: 17
Last Post: 01-18-2010, 01:16 AM

**Mountain west Conference**
By asteno1 in forum Alford Era
Replies: 41
Last Post: 03-13-2009, 11:37 PM

**Mountain West Recruits**
By Sou in forum Flash Fans
Replies: 0

**The Mountain West Gets Some Luk**
By Sou in forum Flash Fans
Last Post: 02-12-2009, 08:38 PM

**LVRJ Article - FORMER HOOSIERS STAR: Alford takes aim at Rebels again**
By Loaders in forum Alford Era
Replies: 5
Last Post: 02-02-2008, 07:05 PM

**Bookmarks**

- del.icio.us
- Digg
- StumbleUpon
- Google

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

**Forum Rules**

-- vB4 Default Style --   -- English (US)