STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARK CHAVEZ, an individual,<br><br>Defendant. | Case No.:  2:10-cv-00584-RLH-LRL<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

      Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Thursday, April 22, 2010 for copyright infringement against Mark Chavez ("Mr. Chavez"). Righthaven and Mr. Chavez have agreed to settle the matter by a written agreement.

      Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

//
//
//
//
//

1

Dated this nineteenth day of May, 2010.

                                  RIGHTHAVEN LLC

                                  By: /s/ J. Charles Coons
                                  STEVEN A. GIBSON, ESQ.
                                  Nevada Bar No. 6656
                                  J. CHARLES COONS, ESQ.
                                  Nevada Bar No. 10553
                                  9960 West Cheyenne Avenue, Suite 210
                                  Las Vegas, Nevada 89129-7701
                                  Attorneys for Plaintiff